## Rule 7.1 CERTIFICATE OF MOTION PRACTICE

I, John L. Greco, attorney for Defendant Medford Housing Authority hereby certify that I have conferred with Francis G. Falzarano regarding my Motion to Dismiss and have attempted in good faith to resolve or narrow the issue. Mr. Falzarano stated that he does not agree with the basis of my Motion to Dismiss and he intends to pursue his complaint.

Date: December 23, 2004        Signed: John L Greco

## CERTIFICATE OF SERVICE

I, John L. Greco, attorney for the Medford Housing Authority, hereby certify that on this day, by mailing same postage-prepaid first class mail and Certified Mail Return Receipt Requested No. 7099 3400 0010 2444 2883, I served a copy of

1. Defendant's Motion to Dismiss Complaint and for Costs, and
2. Affidavit in Support of Motion and Certificate of Motion Practice

on Francis G. Falzarano, D/B/A North Hill Construction Co., Plaintiff, 19 North Hill Drive, Lynnfield, Massachusetts 01940.

Signed and sworn to under pains and penalties of perjury.

Date: December 23, 2004

John L. Greco
c/o Medford Housing Authority
121 Riverside Avenue
Medford, MA
Telephone No. 781-396-7200
BBO #208460