AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

FRANCIS A. FALZARANO
D/B/A NORTH HILL CONSTRUCTION

**SUMMONS IN A CIVIL ACTION**

V.

MEDFORD HOUSING AUTHORITY

CASE NUMBER:

04-12485-RWZ

TO: (Name and address of Defendant)

MEDFORD HOUSING AUTHORITY
121 RIVERSIDE AVE
MEDFORD MA. 02155

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRANCIS A. FALZARANO
19 NORTH HILL DRIVE
LYNNFIELD MA. 01940

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____    DATE  11-24-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-4-05 |
| NAME OF SERVER (PRINT) Frederick L. Mangone | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 121 Riverside Ave, Medford, Ma

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Barbara Fleming Person in Charge Medford Housing Authority

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00  45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-4-05
  Date

Signature of Server: *Frederick L. Mangone*

209 Middlesex Ave, Medford, Ma 02155
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.