## UNITED STATES DISTRICT COURT
### District of Massachusetts

FILED
IN CLERKS OFFICE

Case Number 04-12485 RWZ

2005 JAN 21 P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Francis G. Falzarano | ) |
|    D/B/A North Hill Construction Co. | ) |
|    Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Medford Housing Authority | ) |
|    Defendant | ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

The Plaintiff, Francis G. Falzarano, D/B/A North Hill Construction Co., hereby opposes Defendant's motion to dismiss complaint for the following reason:

The Motion to Dismiss Complaint by the Defendant, Medford Housing Authority, does not take into consideration paragraph 1 of the Plaintiff's Motion for Leave to Amend Complaint. The original HUD bid specifications with HUD contract form are enclosed.

WHEREFORE, for the above reason, the Plaintiff hereby opposes the Defendant's motion and requests that this Court allows the case to proceed.

Signed                            
                     Francis G. Falzarano

                     D/B/A North Hill Construction Co.
                     19 North Hill Drive
                     Lynnfield, Massachusetts 01940
                     Telephone 781 526 2733

# PROJECT MANUAL

EXHIBIT B

# SALTONSTALL BUILDING
# 121 RIVERSIDE AVENUE
# MEDFORD, MA  02155

## 15-2 CONVERSION OF A BEDROOM AND BATHROOM TO HANDICAPPED ACCESSIBLE

**DECEMBER, 2003**

COMPLETE HUD BID SPECS, AND HUD CONTRACT FORM



MEDFORD HOUSING AUTHORITY
121 RIVERSIDE AVENUE
MEDFORD, MASSACHUSETTS 02155

TELEPHONE 781-396-7200
FAX 781-393-9223

TELEPHONE FOR THE DEAF
TDD 1-800-545-1833 EXT. 129

# ADDENDUM NO. 1

## January 2, 2004

## 15-2 Conversion of a Bedroom and Bathroom to Handicapped Accessible

**TO: All General Bidders**

Bidders are hereby informed that Specifications for the above-referenced development are modified, corrected and/or supplemented by this Addendum No. 1 which shall become a part of the Contract Documents prepared by the Medford Housing Authority. All Bidders should acknowledge this Addendum in Paragraph B on the Form for General Bid.

**Item No. 1 – General Bidders**

Under the section of the specifications entitled "Wall Finishes" please note that the "Swanstone" Solid Surface Wall Panel System (3/32") tub surround and seat will be supplied by the Medford Housing Authority.

## END OF ADDENDUM NO. 1



EQUAL HOUSING OPPORTUNITY

**ATTENTION BIDDERS**

**FOR CHAPTER 30 PROJECTS UNDER $25,000**

☐ 1. Have you used the appropriate bid form provided for this specific development?

☐ 2. Have you properly identified the development, architect, etc., on your bid form?

☐ 3. Do your bid amounts, as expressed in figures and words, coincide?
   The amount expressed in words will control.

☐ 4. Have you acknowledged all addenda issued, and followed the instructions contained therein?

☐ 5. Have you acknowledged every alternate?

☐    If an alternate price is requested and you estimate that there is no change in price, did you indicate by writing "no change", "N/C", or "0"?

   Leaving this space blank, on your general bid form, when alternates are requested may lead to a protest.

☐ 6. Have you added any information not called for, or acknowledged an addendum or alternate that does not exist, which would make your bid conditional or obscure?

☐ 7. Is your Bid Form <u>SIGNED</u> and dated?

   8. <u>Bid Deposits</u>

☐    a. Is your bid deposit, if in the form of a bid bond, issued from a bonding company licensed to do business in the Commonwealth of Massachusetts? Is it signed by the contractor and the bonding company?

   Passbooks or Letters of Credit from a bank are not acceptable as a bid deposit.

☐    b. Is your bid deposit made payable to the Housing Authority? Bid deposits made payable to the city, town, commonwealth, or architect will cause the bid to be rejected.

☐    c. Is your bid deposit five (5%) of the highest possible bid amount, considering all alternates being accepted in order?

This checklist is provided to help bidders avoid technical mistakes which could result in rejection of a bid. This in no way changes, effects, or supersedes the provisions set-forth in M.G.L. c.30 §39M or any other sections or provisions contained in the contract documents. This checklist is not part of the CONTRACT DOCUMENTS.

# ADVERTISEMENT

The Medford Housing Authority, 121 Riverside Avenue, Medford, MA, 02155, (the Awarding Authority) is seeking sealed bids from general contractors.

The work will consist of, in general, but not limited to providing all labor, supervision and materials to convert a one (1) bedroom unit (bedroom and bathroom only) to a handicapped accesssible unit.

Bids are subject to M.G.L. Chapter 30 S39m and to minimum wage rates as required by Federal prevailing minimum wage rates as well as other applicable laws, and is funded by a grant from the U.S. Department of HUD.

Bidders must have a minimum of five (5) years experience as a general contractor.

Estimated cost $20,000.00

Bids will be received at the Medford Housing Authority, 121 Riverside Avenue, Medford, MA 02155 until 2:00 P.M. January 7, 2004, at which time they will be publicly opened and read aloud.

Mailed Bids should be sent to Medford Housing Authority, 121 Riverside Avenue, Medford, MA 02155 and received no later than the date and time specified above.

Each bid shall be accompanied by a bid guaranty in the form of a Bid Bond, issued by a responsible surety company licensed to do business in Massachusetts, or a certified check, or a treasurer's or cashier's check issued by a responsible bank or trust company, made payable to the Medford Housing Authority in the amount of 5% of the bid price. The Bid guaranty of the three lowest bidders will be held until the contract is signed and all others will be returned within a week of the bid date. The surety must also be acceptable to the Medford Housing Authority.

All Bids shall be accompanied by:
(1)    Form HUD-5369A Representations, Certifications & Other Statements of bidders
(2)    Form HUD 2530 Previous Participation Certification

The Project Manual and Contract Documents will be available for pick-up at the Medford Housing Authority offices 121 Riverside Avenue, Medford, MA, 02155 starting at 2 P.M. December 24, 2003  There will be no charge for contract documents.

A pre-bid conference will be held at the Saltonstall Building, 121 Riverside Avenue, Medford, MA 02155 at 10:00A.M December 30, 2003.

The contact person for the Awarding Authority is Harry E. Nelson, Jr., telephone no. 781-396-7200 or fax 781-393-0852.

The Contract Documents may be seen, but not removed at:

Construction Market Data
75 Second Avenue - Suite 320
Needham, MA 02194

F.W. Dodge - McGraw Hill
24 Hartwell Ave.
Lexington, MA 02174
(or closest regional F.W. Dodge Company)

The Medford Housing Authority reserves the right to reject any and all bids or to waive any informalities in the bidding. No bid shall be withdrawn for a period of thirty (30) days, Saturdays, Sundays and legal holidays excluded, after approval of the award by the Medford Housing Authority.

Medford Housing Authority
John L. Greco
Executive Director
December 24, 2003



EQUAL HOUSING OPPORTUNITY

# 15-2 Conversion of One Bedroom Unit (bedroom and bathroom only) to Handicapped Accessible

## LIST OF CONTRACT DRAWINGS

| DRAWING NUMBER | TITLE |
|---|---|
| 1 | Demolition |
| 2 | Utilities |
| 3 | Proposed Plan |
| 4 | Untitled |
| 5 | Untitled |

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

# Instructions to Bidders for Contracts Public and Indian Housing Programs

form HUD-5369 (10/2002)

**Instructions to Bidders for Contracts**
Case 4:04-cv-02485-RWZ    Document 8    Filed 01/21/2005    Page 9 of 31
Public and Indian Housing Programs

## Table of Contents

| Clause | | Page |
|---|---|---|
| 1. | Bid Preparation and Submission | 1 |
| 2. | Explanations and Interpretations to Prospective Bidders | 1 |
| 3. | Amendments to Invitations for Bids | 1 |
| 4. | Responsibility of Prospective Contractor | 1 |
| 5. | Late Submissions, Modifications, and Withdrawal of Bids | 1 |
| 6. | Bid Opening | 2 |
| 7. | Service of Protest | 2 |
| 8. | Contract Award | 2 |
| 9. | Bid Guarantee | 3 |
| 10. | Assurance of Completion | 3 |
| 11. | Preconstruction Conference | 3 |
| 12. | Indian Preference Requirements | 3 |

### 1. Bid Preparation and Submission

(a) Bidders are expected to examine the specifications, drawings, all instructions, and, if applicable, the construction site (see also the contract clause entitled Site Investigation and Conditions Affecting the Work of the *General Conditions of the Contract for Construction*). Failure to do so will be at the bidders' risk.

(b) All bids must be submitted on the forms provided by the Public Housing Agency/Indian Housing Authority (PHA/IHA). Bidders shall furnish all the information required by the solicitation. Bids must be signed and the bidder's name typed or printed on the bid sheet and each continuation sheet which requires the entry of information by the bidder. Erasures or other changes must be initialed by the person signing the bid. Bids signed by an agent shall be accompanied by evidence of that agent's authority. (Bidders should retain a copy of their bid for their records.)

(c) Bidders must submit as part of their bid a completed form HUD-5369-A, "Representations, Certifications, and Other Statements of Bidders."

(d) All bid documents shall be sealed in an envelope which shall be clearly marked with the words "Bid Documents," the Invitation for Bids (IFB) number, any project or other identifying number, the bidder's name, and the date and time for receipt of bids.

(e) If this solicitation requires bidding on all items, failure to do so will disqualify the bid. If bidding on all items is not required, bidders should insert the words "No Bid" in the space provided for any item on which no price is submitted.

(f) Unless expressly authorized elsewhere in this solicitation, alternate bids will not be considered.

(g) Unless expressly authorized elsewhere in this solicitation, bids submitted by telegraph or facsimile (fax) machines will not be considered.

(h) If the proposed contract is for a Mutual Help project (as described in 24 CFR Part 905, Subpart E) that involves Mutual Help contributions of work, material, or equipment, supplemental information regarding the bid advertisement is provided as an attachment to this solicitation.

### 2. Explanations and Interpretations to Prospective Bidders

(a) Any prospective bidder desiring an explanation or interpretation of the solicitation, specifications, drawings, etc., must request it at least 7 days before the scheduled time for bid opening. Requests may be oral or written. Oral requests must be confirmed in writing. The only oral clarifications that will be provided will be those clearly related to solicitation procedures, i.e., not substantive technical information. No other oral explanation or interpretation will be provided. Any information given a prospective bidder concerning this solicitation will be furnished promptly to all other prospective bidders as a written amendment to the solicitation, if that information is necessary in submitting bids, or if the lack of it would be prejudicial to other prospective bidders.

(b) Any information obtained by, or provided to, a bidder other than by formal amendment to the solicitation shall not constitute a change to the solicitation.

### 3. Amendments to Invitations for Bids

(a) If this solicitation is amended, then all terms and conditions which are not modified remain unchanged.

(b) Bidders shall acknowledge receipt of any amendment to this solicitation (1) by signing and returning the amendment, (2) by identifying the amendment number and date on the bid form, or (3) by letter, telegram, or facsimile, if those methods are authorized in the solicitation. The PHA/IHA must receive acknowledgement by the time and at the place specified for receipt of bids. Bids which fail to acknowledge the bidder's receipt of any amendment will result in the rejection of the bid if the amendment(s) contained information which substantively changed the PHA's/IHA's requirements.

(c) Amendments will be on file in the offices of the PHA/IHA and the Architect at least 7 days before bid opening.

### 4. Responsibility of Prospective Contractor

(a) The PHA/IHA will award contracts only to responsible prospective contractors who have the ability to perform successfully under the terms and conditions of the proposed contract. In determining the responsibility of a bidder, the PHA/IHA will consider such matters as the bidder's:

    (1) Integrity;

    (2) Compliance with public policy;

    (3) Record of past performance; and

    (4) Financial and technical resources (including construction and technical equipment).

(b) Before a bid is considered for award, the bidder may be requested by the PHA/IHA to submit a statement or other documentation regarding any of the items in paragraph (a) above. Failure by the bidder to provide such additional information shall render the bidder nonresponsible and ineligible for award.

## 5. Late Submissions, Modifications, and Withdrawal of Bids

(a) Any bid received at the place designated in the solicitation but after the exact time specified for receipt will not be considered unless it is received before award is made and it:

(1) Was sent by registered or certified mail not later than the fifth calendar day before the date specified for receipt of offers (e.g., an offer submitted in response to a solicitation requiring receipt of offers by the 20th of the month must have been mailed by the 15th);

(2) Was sent by mail, or if authorized by the solicitation, was sent by telegram or via facsimile, and it is determined by the PHA/IHA that the late receipt was due solely to mishandling by the PHA/IHA after receipt at the PHA/IHA; or

(3) Was sent by U.S. Postal Service Express Mail Next Day Service - Post Office to Addressee, not later than 5:00 p.m. at the place of mailing two working days prior to the date specified for receipt of proposals. The term "working days" excludes weekends and observed holidays.

(b) Any modification or withdrawal of a bid is subject to the same conditions as in paragraph (a) of this provision.

(c) The only acceptable evidence to establish the date of mailing of a late bid, modification, or withdrawal sent either by registered or certified mail is the U.S. or Canadian Postal Service postmark both on the envelope or wrapper and on the original receipt from the U.S. or Canadian Postal Service. Both postmarks must show a legible date or the bid, modification, or withdrawal shall be processed as if mailed late. "Postmark" means a printed, stamped, or otherwise placed impression (exclusive of a postage meter machine impression) that is readily identifiable without further action as having been supplied and affixed by employees of the U.S. or Canadian Postal Service on the date of mailing. Therefore, bidders should request the postal clerk to place a hand cancellation bull's-eye postmark on both the receipt and the envelope or wrapper.

(d) The only acceptable evidence to establish the time of receipt at the PHA/IHA is the time/date stamp of PHA/IHA on the proposal wrapper or other documentary evidence of receipt maintained by the PHA/IHA.

(e) The only acceptable evidence to establish the date of mailing of a late bid, modification, or withdrawal sent by Express Mail Next Day Service-Post Office to Addressee is the date entered by the post office receiving clerk on the "Express Mail Next Day Service-Post Office to Addressee" label and the postmark on both the envelope or wrapper and on the original receipt from the U.S. Postal Service. "Postmark" has the same meaning as defined in paragraph (c) of this provision, excluding postmarks of the Canadian Postal Service. Therefore, bidders should request the postal clerk to place a legible hand cancellation bull's eye postmark on both the receipt and Failure by a bidder to acknowledge receipt of the envelope or wrapper.

(f) Notwithstanding paragraph (a) of this provision, a late modification of an otherwise successful bid that makes its terms more favorable to the PHA/IHA will be considered at any time it is received and may be accepted.

(g) Bids may be withdrawn by written notice, or if authorized by this solicitation, by telegram (including mailgram) or facsimile machine transmission received at any time before the exact time set for opening of bids; provided that written confirmation of telegraphic or facsimile withdrawals over the signature of the bidder is mailed and postmarked prior to the specified bid opening time. A bid may be withdrawn in person by a bidder or its authorized representative if, before the exact time set for opening of bids, the identity of the person requesting withdrawal is established and the person signs a receipt for the bid.

## 6. Bid Opening

All bids received by the date and time of receipt specified in the solicitation will be publicly opened and read. The time and place of opening will be as specified in the solicitation. Bidders and other interested persons may be present.

## 7. Service of Protest

(a) Definitions. As used in this provision:

"Interested party" means an actual or prospective bidder whose direct economic interest would be affected by the award of the contract.

"Protest" means a written objection by an interested party to this solicitation or to a proposed or actual award of a contract pursuant to this solicitation.

(b) Protests shall be served on the Contracting Officer by obtaining written and dated acknowledgement from —

John L. Greco, Contracting Officer
Medford Housing Authority
121 Riverside Avenue
Medford, MA  02155

[Contracting Officer designate the official or location where a protest may be served on the Contracting Officer]

(c) All protests shall be resolved in accordance with the PHA's/IHA's protest policy and procedures, copies of which are maintained at the PHA/IHA.

## 8. Contract Award

(a) The PHA/IHA will evaluate bids in response to this solicitation without discussions and will award a contract to the responsible bidder whose bid, conforming to the solicitation, will be most advantageous to the PHA/IHA considering only price and any price-related factors specified in the solicitation.

(b) If the apparent low bid received in response to this solicitation exceeds the PHA's/IHA's available funding for the proposed contract work, the PHA/IHA may either accept separately priced items (see 8(e) below) or use the following procedure to determine contract award. The PHA/IHA shall apply in turn to each bid (proceeding in order from the apparent low bid to the high bid) each of the separately priced bid deductible items, if any, in their priority order set forth in this solicitation. If upon the application of the first deductible item to all initial bids, a new low bid is within the PHA's/IHA's available funding, then award shall be made to that bidder. If no bid is within the available funding amount, then the PHA/IHA shall apply the second deductible item. The PHA/IHA shall continue this process until an evaluated low bid, if any, is within the PHA's/IHA's available funding. If upon the application of all deductibles, no bid is within the PHA's/IHA's available funding, or if the solicitation does not request separately priced deductibles, the PHA/IHA shall follow its written policy and procedures in making any award under this solicitation.

(c) In the case of tie low bids, award shall be made in accordance with the PHA's/IHA's written policy and procedures.

(d) The PHA/IHA may reject any and all bids, accept other than the lowest bid (e.g., the apparent low bid is unreasonably low), and waive informalities or minor irregularities in bids received, in accordance with the PHA's/IHA's written policy and procedures.

(e) Unless precluded elsewhere in the solicitation, the PHA/IHA may accept any item or combination of items bid.

(f) The PHA/IHA may reject any bid as nonresponsive if it is materially unbalanced as to the prices for the various items of work to be performed. A bid is materially unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.

(g) A written award shall be furnished to the successful bidder within the period for acceptance specified in the bid and shall result in a binding contract without further action by either party.

## 9. Bid Guarantee (applicable to construction and equipment contracts exceeding $25,000)

All bids must be accompanied by a negotiable bid guarantee which shall not be less than five percent (5%) of the amount of the bid. The bid guarantee may be a certified check, bank draft, U.S. Government Bonds at par value, or a bid bond secured by a surety company acceptable to the U.S. Government and authorized to do business in the state where the work is to be performed. In the case where the work under the contract will be performed on an Indian reservation area, the bid guarantee may also be an irrevocable Letter of Completion (see provision 10, Assurance of Completion, below). Certified checks and bank drafts must be made payable to the order of the PHA/IHA. The bid guarantee shall insure the execution of the contract and the furnishing of a method of assurance of completion by the successful bidder as required by the solicitation. Failure to submit a bid guarantee with the bid shall result in the rejection of the bid. Bid guarantees submitted by unsuccessful bidders will be returned as soon as practicable after bid opening.

## 10. Assurance of Completion

(a) Unless otherwise provided in State law, the successful bidder shall furnish an assurance of completion prior to the execution of any contract under this solicitation. This assurance may be [Contracting Officer check applicable items] —

[ ] (1) a performance and payment bond in a penal sum of 100 percent of the contract price; or, as may be required or permitted by State law;

[ ] (2) separate performance and payment bonds, each for 50 percent or more of the contract price;

[ ] (3) a 20 percent cash escrow;

[ ] (4) a 25 percent irrevocable letter of credit; or,

[ ] (5) an irrevocable letter of credit for 10 percent of the total contract price with a monitoring and disbursements agreement with the IHA (applicable only to contracts awarded by an IHA under the Indian Housing Program).

(b) Bonds must be obtained from guarantee or surety companies acceptable to the U.S. Government and authorized to do business in the state where the work is to be performed. Individual sureties will not be considered. U.S. Treasury Circular Number 570, published annually in the Federal Register, lists companies approved to act as sureties on bonds securing Government contracts, the maximum underwriting limits on each contract bonded, and the States in which the company is licensed to do business. Use of companies listed in this circular is mandatory. Copies of the circular may be downloaded on the U.S. Department of Treasury website http:// www.fms.treas.gov/c570/index.html, or ordered for a minimum fee by contacting the Government Printing Office at (202) 512-2168.

(c) Each bond shall clearly state the rate of premium and the total amount of premium charged. The current power of attorney for the person who signs for the surety company must be attached to the bond. The effective date of the power of attorney shall not precede the date of the bond. The effective date of the bond shall be on or after the execution date of the contract.

(d) Failure by the successful bidder to obtain the required assurance of completion within the time specified, or within such extended period as the PHA/IHA may grant based upon reasons determined adequate by the PHA/IHA, shall render the bidder ineligible for award. The PHA/IHA may then either award the contract to the next lowest responsible bidder or solicit new bids. The PHA/IHA may retain the ineligible bidder's bid guarantee.

## 11. Preconstruction Conference (applicable to construction contracts)

After award of a contract under this solicitation and prior to the start of work, the successful bidder will be required to attend a preconstruction conference with representatives of the PHA/IHA and its architect/engineer, and other interested parties convened by the PHA/IHA. The conference will serve to acquaint the participants with the general plan of the construction operation and all other requirements of the contract (e.g., Equal Employment Opportunity, Labor Standards). The PHA/IHA will provide the successful bidder with the date, time, and place of the conference.

## 12. Indian Preference Requirements (applicable only if this solicitation is for a contract to be performed on a project for an Indian Housing Authority)

(a) HUD has determined that the contract awarded under this solicitation is subject to the requirements of section 7(b) of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450e(b)). Section 7(b) requires that any contract or subcontract entered into for the benefit of Indians shall require that, to the greatest extent feasible

(1) Preferences and opportunities for training and employment (other than core crew positions; see paragraph (h) below) in connection with the administration of such contracts or subcontracts be given to qualified "Indians." The Act defines "Indians" to mean persons who are members of an Indian tribe and defines "Indian tribe" to mean any Indian tribe, band, nation, or other organized group or community, including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Native Claims Settlement Act, which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians; and,

(2) Preference in the award of contracts or subcontracts in connection with the administration of contracts be given to Indian organizations and to Indian-owned economic enterprises, as defined in section 3 of the Indian Financing Act of 1974 (25 U.S.C. 1452). That Act defines "economic enterprise" to mean any Indian-owned commercial, industrial, or business activity established or organized for the purpose of profit, except that the Indian ownership must constitute not less than 51 percent of the enterprise; "Indian organization" to mean the governing body of any Indian tribe or entity established or recognized by such governing body; "Indian" to mean any person who is a member of any tribe, band, group, pueblo, or community which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs and any "Native" as defined in the Alaska Native Claims Settlement Act; and Indian "tribe" to mean any Indian tribe, band, group, pueblo, or community including Native villages and Native groups (including

form HUD-5369 (10/2002)

Previous edition is obsolete

corporations organized by Alaska Natives and Kodiak, as defined in the Alaska Native Claims Settlement Act, which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

(b) (1) The successful Contractor under this solicitation shall comply with the requirements of this provision in awarding all subcontracts under the contract and in providing training and employment opportunities.

(2) A finding by the IHA that the contractor, either (i) awarded a subcontract without using the procedure required by the IHA, (ii) falsely represented that subcontracts would be awarded to Indian enterprises or organizations; or, (iii) failed to comply with the contractor's employment and training preference bid statement shall be grounds for termination of the contract or for the assessment of penalties or other remedies.

(c) If specified elsewhere in this solicitation, the IHA may restrict the solicitation to qualified Indian-owned enterprises and Indian organizations. If two or more (or a greater number as specified elsewhere in the solicitation) qualified Indian-owned enterprises or organizations submit responsive bids, award shall be made to the qualified enterprise or organization with the lowest responsive bid. If fewer than the minimum required number of qualified Indian-owned enterprises or organizations submit responsive bids, the IHA shall reject all bids and readvertise the solicitation in accordance with paragraph (d) below.

(d) If the IHA prefers not to restrict the solicitation as described in paragraph (c) above, or if after having restricted a solicitation an insufficient number of qualified Indian enterprises or organizations submit bids, the IHA may advertise for bids from non-Indian as well as Indian-owned enterprises and Indian organizations. Award shall be made to the qualified Indian enterprise or organization with the lowest responsive bid if that bid is -

(1) Within the maximum HUD-approved budget amount established for the specific project or activity for which bids are being solicited; and

(2) No more than the percentage specified in 24 CFR 905.175(c) higher than the total bid price of the lowest responsive bid from any qualified bidder. If no responsive bid by a qualified Indian-owned economic enterprise or organization is within the stated range of the total bid price of the lowest responsive bid from any qualified enterprise, award shall be made to the bidder with the lowest bid.

(e) Bidders seeking to qualify for preference in contracting or subcontracting shall submit proof of Indian ownership with their bids. Proof of Indian ownership shall include but not be limited to:

(1) Certification by a tribe or other evidence that the bidder is an Indian. The IHA shall accept the certification of a tribe that an individual is a member.

(2) Evidence such as stock ownership, structure, management, control, financing and salary or profit sharing arrangements of the enterprise.

(f) (1) All bidders must submit with their bids a statement describing how they will provide Indian preference in the award of subcontracts. The specific requirements of that statement and the factors to be used by the IHA in determining the statement's adequacy are included as an attachment to this solicitation. Any bid that fails to include the required statement shall be rejected as nonresponsive. The IHA may require that comparable statements be provided by subcontractors to the successful Contractor, and may require the Contractor to reject any bid or proposal by a subcontractor that fails to include the statement.

(2) Bidders and prospective subcontractors shall submit a certification (supported by credible evidence) to the IHA in any instance where the bidder or subcontractor believes it is infeasible to provide Indian preference in subcontracting. The acceptance or rejection by the IHA of the certification shall be final. Rejection shall disqualify the bid from further consideration.

(g) All bidders must submit with their bids a statement detailing their employment and training opportunities and their plans to provide preference to Indians in implementing the contract; and the number or percentage of Indians anticipated to be employed and trained. Comparable statements from all proposed subcontractors must be submitted. The criteria to be used by the IHA in determining the statement(s)'s adequacy are included as an attachment to this solicitation. Any bid that fails to include the required statement(s), or that includes a statement that does not meet minimum standards required by the IHA shall be rejected as nonresponsive.

(h) Core crew employees. A core crew employee is an individual who is a bona fide employee of the contractor at the time the bid is submitted; or an individual who was not employed by the bidder at the time the bid was submitted, but who is regularly employed by the bidder in a supervisory or other key skilled position when work is available. Bidders shall submit with their bids a list of all core crew employees.

(i) Preference in contracting, subcontracting, employment, and training shall apply not only on-site, on the reservation, or within the IHA's jurisdiction, but also to contracts with firms that operate outside these areas (e.g., employment in modular or manufactured housing construction facilities).

(j) Bidders should contact the IHA to determine if any additional local preference requirements are applicable to this solicitation.

(k) The IHA [ ] does [ ] does not [Contracting Officer check applicable box] maintain lists of Indian-owned economic enterprises and Indian organizations by specialty (e.g., plumbing, electrical, foundations), which are available to bidders to assist them in meeting their responsibility to provide preference in connection with the administration of contracts and subcontracts.

# 15-2 Conversion of One Bedroom Unit (bedroom and bathroom only) to Handicapped Accessible

## FORM OF GENERAL BID

TO: The Awarding Authority:

A.    The undersigned proposes to furnish all labor and materials required for conversion of one (1) bedroom unit to handicapped accessible for the Medford Housing Authority in Medford, Massachusetts in accordance with the Contract Documents prepared by Medford Housing Authority for the contract price specified below, subject to additions and deductions according to the terms of the specifications.

B.    This bid includes addenda number (s) _____ .

C.    The proposed contract price is:

_____ Dollars ($_____)
　　　(Bid amount in words)　　　　　　　　　　　　　　(Bid amount in numbers)

D.    The subdivision of the proposed contract price is as follows:

Item 1.  The work of the general contractor, being all work other than that covered by Item 2:

Total of Item 1_____ $_____

Item 2. Sub-bids as follows:          N/A

| Sub-Trade | Name of Sub-Bidder | Amount | Bonds Required indicated by YES or NO |
|---|---|---|---|
| _____ | _____ | $_____ | _____  _____ |

TOTAL OF ITEM 2_____ $_____

E.    The undersigned agrees that, if selected as a general contractor, we will within five days,   Saturdays, Sundays, and legal holidays excluded, after presentation thereof by the awarding authority, execute a contract in accordance with the terms of this bid and furnish a payment bond in a surety company qualified to do business under the laws of the Commonwealth and satisfactory to the awarding authority in the sum of 50% of the contract price, the premiums for which are to be paid by the general contractor and are included in the contract price.

The undersigned hereby certifies that they are able to furnish labor that can work in harmony with all other elements of labor employed on the work and that they will comply fully with all laws and regulations applicable to awards made subject to section forty-four A Chapter 149 and HUD 5370.

1

The undersigned further certifies under the penalties and perjury that this bid is in all respects bona fide, fair and made without collusion or fraud with any other person. As used in the subsection the word "person" shall mean natural person, joint venture, partnership, corporation or other business or legal entity. The undersigned further certifies under penalty of perjury that the said undersigned is not presently debarred from doing public construction work in the Commonwealth under the provision of section twenty-nine F of chapter twenty-nine, or any other applicable debarment provisions of any other chapter of the General Laws of any rule or regulation promulgated thereunder.

_____

(Name of General Bidder)

SIGNATURE          BY:_____

(Signature and Title of Person Signing Bid)

_____

(Business Address/Street)

_____

(City/State/Zip Code)

DATE:_____

NOTE: If a bidder is a corporation, indicate state of incorporation under signature, and affix corporate seal; if a partnership, give full names and residential addresses of partners if different from business addresses.

2

**U.S. Department of Housing
and Urban Development**
Office of Public and Indian Housing

# Representations, Certifications,
# and Other Statements of Bidders

# Public and Indian Housing Programs

# Representations, Certifications, and Other Statements of Bidders

## Public and Indian Housing Programs

### Table of Contents

| Clause | Page |
|---|---|
| 1. Certificate of Independent Price Determination | 1 |
| 2. Contingent Fee Representation and Agreement | 1 |
| 3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | 1 |
| 4. Organizational Conflicts of Interest Certification | 2 |
| 5. Bidder's Certification of Eligibility | 2 |
| 6. Minimum Bid Acceptance Period | 2 |
| 7. Small, Minority, Women-Owned Business Concern Representation | 2 |
| 8. Indian-Owned Economic Enterprise and Indian Organization Representation | 2 |
| 9. Certification of Eligibility Under the Davis-Bacon Act | 3 |
| 10. Certification of Nonsegregated Facilities | 3 |
| 11. Clean Air and Water Certification | 3 |
| 12. Previous Participation Certificate | 3 |
| 13. Bidder's Signature | 3 |

## 1. Certificate of Independent Price Determination

(a) The bidder certifies that--

(1) The prices in this bid have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other bidder or competitor relating to (i) those prices, (ii) the intention to submit a bid, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this bid have not been and will not be knowingly disclosed by the bidder, directly or indirectly, to any other bidder or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a competitive proposal solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the bidder to induce any other concern to submit or not to submit a bid for the purpose of restricting competition.

(b) Each signature on the bid is considered to be a certification by the signatory that the signatory--

(1) Is the person in the bidder's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(i) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(i) through (a)(3) above.

_____ [insert full name of person(s) in the bidder's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the bidder's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the bidder deletes or modifies subparagraph (a)2 above, the bidder must furnish with its bid a signed statement setting forth in detail the circumstances of the disclosure.

[ ] [Contracting Officer check if following paragraph is applicable]

(d) Non-collusive affidavit. (applicable to contracts for construction and equipment exceeding $50,000)

(1) Each bidder shall execute, in the form provided by the PHA/IHA, an affidavit to the effect that he/she has not colluded with any other person, firm or corporation in regard to any bid submitted in response to this solicitation. If the successful bidder did not submit the affidavit with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the affidavit by that date may render the bid nonresponsive. No contract award will be made without a properly executed affidavit.

(2) A fully executed "Non-collusive Affidavit" [ ] is, [ ] is not included with the bid.

## 2. Contingent Fee Representation and Agreement

(a) Definitions. As used in this provision:

"Bona fide employee" means a person, employed by a bidder and subject to the bidder's supervision and control as to time, place, and manner of performance, who neither exerts, nor proposes to exert improper influence to solicit or obtain contracts nor holds out as being able to obtain any contract(s) through improper influence.

"Improper influence" means any influence that induces or tends to induce a PHA/IHA employee or officer to give consideration or to act regarding a PHA/IHA contract on any basis other than the merits of the matter.

(b) The bidder represents and certifies as part of its bid that, except for full-time bona fide employees working solely for the bidder, the bidder:

(1) [ ] has, [ ] has not employed or retained any person or company to solicit or obtain this contract; and

(2) [ ] has, [ ] has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(c) If the answer to either (a)(1) or (a)(2) above is affirmative, the bidder shall make an immediate and full written disclosure to the PHA/IHA Contracting Officer.

(d) Any misrepresentation by the bidder shall give the PHA/IHA the right to (1) terminate the contract; (2) at its discretion, deduct from contract payments the amount of any commission, percentage, brokerage, or other contingent fee; or (3) take other remedy pursuant to the contract.

## 3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (applicable to contracts exceeding $100,000)

(a) The definitions and prohibitions contained in Section 1352 of title 31, United States Code, are hereby incorporated by reference in paragraph (b) of this certification.

Document Filed 04/28/2005 Page 3 of 1

(b) The bidder, by signing its bid, hereby certifies to the best of his or her knowledge and belief that no Federal appropriated funds that:

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the bidder shall complete and submit, with its bid, OMB standard form LLL, "Disclosure of Lobbying Activities;" and

(3) He or she will include the language of this certification in all subcontracts at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(d) Indian tribes (except those chartered by States) and Indian organizations as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) are exempt from the requirements of this provision.

## 4. Organizational Conflicts of Interest Certification

The bidder certifies that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work to be performed under this proposed contract and the bidder's organizational, financial, contractual, or other interests may, without some restriction on future activities:

(a) Result in an unfair competitive advantage to the bidder; or,

(b) Impair the bidder's objectivity in performing the contract work.

[ ] In the absence of any actual or apparent conflict, I hereby certify that to the best of my knowledge and belief, no actual or apparent conflict of interest exists with regard to my possible performance of this procurement.

## 5. Bidder's Certification of Eligibility

(a) By the submission of this bid, the bidder certifies that to the best of its knowledge and belief, neither it, nor any person or firm which has an interest in the bidder's firm, nor any of the bidder's subcontractors, is ineligible to:

(1) Be awarded contracts by any agency of the United States Government, HUD, or the State in which this contract is to be performed; or,

(2) Participate in HUD programs pursuant to 24 CFR Part 24.

(b) The certification in paragraph (a) above is a material representation of fact upon which reliance was placed when making award. If it is later determined that the bidder knowingly rendered an erroneous certification, the contract may be terminated for default, and the bidder may be debarred or suspended from participation in HUD programs and other Federal contract programs.

## 6. Minimum Bid Acceptance Period

(a) "Acceptance period," as used in this provision means the number of calendar days available to the PHA/IHA for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The PHA/IHA requires a minimum acceptance period of [Contracting Officer insert time period] calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the PHA's/IHA's minimum requirement. The bidder allows the following acceptance period: calendar days.

(e) A bid allowing less than the PHA's/IHA's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

## 7. Small, Minority, Women-Owned Business Concern Representation

The bidder represents and certifies as part of its bid/ offer that it --

(a) [ ] is, [ ] is not a small business concern. "Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding, and qualified as a small business under the criteria and size standards in 13 CFR 121.

(b) [ ] is, [ ] is not a women-owned business enterprise. "Women-owned business enterprise," as used in this provision, means a business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

(c) [ ] is, [ ] is not a minority business enterprise. "Minority business enterprise," as used in this provision, means a business which is at least 51 percent owned or controlled by one or more minority group members or, in the case of a publicly owned business, at least 51 percent of its voting stock is owned by one or more minority group members, and whose management and daily operations are controlled by one or more such individuals. For the purpose of this definition, minority group members are:

(Check the block applicable to you)

[ ] Black Americans      [ ] Asian Pacific Americans

[ ] Hispanic Americans      [ ] Asian Indian Americans

[ ] Native Americans      [ ] Hasidic Jewish Americans

## 8. Indian-Owned Economic Enterprise and Indian Organization Representation (applicable only if this solicitation is for a contract to be performed on a project for an Indian Housing Authority)

The bidder represents and certifies that it:

(a) [ ] is, [ ] is not an Indian-owned economic enterprise. "Economic enterprise," as used in this provision, means any commercial, industrial, or business activity established or organized for the purpose of profit, which is at least 51 percent Indian owned. "Indian," as used in this provision, means any person who is a member of any tribe, band, group, pueblo, or community which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs and any "Native" as defined in the Alaska Native Claims Settlement Act.

(b) [ ] is, [ ] is not an Indian organization. "Indian organization," as used in this provision, means the governing body of any Indian tribe or entity established or recognized by such governing body. Indian "tribe" means any Indian tribe, band, group, pueblo, or

community including Native villages and Native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act, which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

## 9. Certification of Eligibility Under the Davis-Bacon Act (applicable to construction contracts exceeding $2,000)

(a) By the submission of this bid, the bidder certifies that neither it nor any person or firm who has an interest in the bidder's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of the contract resulting from this solicitation shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U. S. Criminal Code, 18 U.S.C. 1001.

## 10. Certification of Nonsegregated Facilities (applicable to contracts exceeding $10,000)

(a) The bidder's attention is called to the clause entitled **Equal Employment Opportunity** of the General Conditions of the Contract for Construction.

(b) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(c) By the submission of this bid, the bidder certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The bidder agrees that a breach of this certification is a violation of the Equal Employment Opportunity clause in the contract.

(d) The bidder further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) prior to entering into subcontracts which exceed $10,000 and are not exempt from the requirements of the Equal Employment Opportunity clause, it will:

(1) Obtain identical certifications from the proposed subcontractors;

(2) Retain the certifications in its files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Notice to Prospective Subcontractors of Requirement for Certifications of Nonsegregated Facilities**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Employment Opportunity clause of the prime contract. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

Note: The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

## 11. Clean Air and Water Certification (applicable to contracts exceeding $100,000)

The bidder certifies that:

(a) Any facility to be used in the performance of this contract [  ] is, [  ] is not listed on the Environmental Protection Agency List of Violating Facilities;

(b) The bidder will immediately notify the PHA/IHA Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the bidder proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and,

(c) The bidder will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

## 12. Previous Participation Certificate (applicable to construction and equipment contracts exceeding $50,000)

(a) The bidder shall complete and submit with his/her bid the Form HUD-2530, "Previous Participation Certificate." If the successful bidder does not submit the certificate with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the certificate by that date may render the bid nonresponsive. No contract award will be made without a properly executed certificate.

(b) A fully executed "Previous Participation Certificate"

[  ] is, [  ] is not included with the bid.

## 13. Bidder's Signature

The bidder hereby certifies that the information contained in these certifications and representations is accurate, complete, and current.

_____
(Signature and Date)

_____
(Typed or Printed Name)

_____
(Title)

_____
(Company Name)

(Company Address)

KNOW ALL MEN BY THESE PRESENTS:

That we, _____ as Principal, hereinafter called the Principal, and (Bonding Company), a corporation duly organized under the laws of the Massachusetts as Surety, hereinafter called the Surety, are held and firmly bound unto [HA] for the sum of _____ Dollars ($_____ ), for the payment of which sum well and truly to be made, the said Principal and the said Surety bind ourselves, our heirs, executors, administrators, successors, and assign, jointly and severally, firmly by these presents.

WHEREAS, the Principal has submitted a bid for _____, [City/Town], MA.

NOW, THEREFORE, if the [HA] shall accept the bid of the Principal and the Principal shall enter into a contract with the [HA] in accordance with the terms of such bid, and give such bond or bonds as may be specified in the bidding or contract documents with good and sufficient surety for the faithful of such performance of such contract and for the prompt payment of labor and material furnished in the prosecution thereof, or in the event of the failure of the Principal to enter such Contract and give such bond or bonds, if the Principal shall pay to the [HA] the difference not to exceed the penalty hereof between the amount specified in said bid and such larger amount for which the [HA] may in good faith contract with another party to perform work covered by said bid or an appropriate required amount as specified in the Invitation for Bids then this obligation shall be null and void, otherwise to remain in full force and effect.

Signed and sealed this _____ day of _____ , 2002,


_____
(Witness)

                                        _____
                                        (Principal) (Seal)

                                        _____
                                        (Title)

_____
(Witness)

                                        (BONDING COMPANY)

                                        By:_____
                                            (Attorney-in-Fact)


### END OF SECTION


### FORM OF BID BOND
### 1 OF 1

# Previous Participation Certification

**U.S. Department of Housing and Urban Development**
Office of Housing/Federal Housing Commissioner

**U.S. Department of Agriculture**
Farmers Home Administration

OMB Approval No. 2502-0118
(ex 2/29/2004)

**Part I  To be completed by Principals of Multifamily Projects.   See Instructions**
**Reason for Submitting Certification**

For HUD HO/FmHA use only

| 1. Agency Name and City where the application is filed | | | 2. Project Name, Project Number, City and Zip Code contained in the application | | |
|---|---|---|---|---|---|

| 3. Loan or Contract Amount | 4. Number of Units or Beds | 5. Section of Act | 6. Type of Project (check one)  ☐ Existing  ☐ Rehabilitation | | |
|---|---|---|---|---|---|

**List of All Proposed Principal Participants**

7. Names and Addresses of All Known Principals and Affiliates  (people, businesses & organizations)
proposing to participate in the project described above. (list names alphabetically: last, first, middle initial)

| 7. | 8. Role of Each Principal in Project | 9. Expected % Owner ship Interest in Project | 10. Social Security or IRS Employer Number | Proposed (New) ☐ |
|---|---|---|---|---|

**Certifications:**  I (meaning the individual who signs as well as the corporations, partnerships or other parties listed above who certify) hereby apply to HUD or USDA-FmHA, as the case may be, for approval to participate as a principal in the role and project listed above based upon my following previous participation record and this Certification.

I certify that all the statements made by me are true, complete and correct to the best of my knowledge and belief and are made in good faith, including the data contained in Schedule A and Exhibits signed by me and attached to this form. Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

I further certify that:

1. Schedule A contains a listing of every assisted or insured project of HUD, USDA-FmHA and State and local government housing finance agencies in which I have been or am now a principal.

2. For the period beginning 10 years prior to the date of this certification, and except as shown by me on the certification.
   a. No mortgage on a project listed by me has ever been in default, assigned to the Government or foreclosed, nor has mortgage relief by the mortgagee been given;
   b. I have not experienced defaults or noncompliances under any Conventional Contract or Turnkey Contract of Sale in connection with a public housing project;
   c. To the best of my knowledge, there are no unresolved findings raised as a result of HUD audits, management reviews or other Governmental investigations concerning me or my projects;
   d. There has not been a suspension or termination of payments under any HUD assistance contract in which I have had a legal or beneficial interest;
   e. I have not been convicted of a felony and am not presently, to my knowledge, the subject of a complaint or indictment charging a felony.

(A felony is defined as any offense punishable by imprisonment for a term exceeding one year, but does not include any offense classified as a misdemeanor under the laws of a State and punishable by imprisonment of two years or less);
   f. I have not been suspended, debarred or otherwise restricted by any Department or Agency of the Federal Government or of a State Government from doing business with such Department or Agency.
   g. I have not defaulted on an obligation covered by a surety or performance bond and have not been the subject of a claim under an employee fidelity bond.

3. All the names of the parties, known to me to be principals in this project(s) in which I propose to participate, are listed above.

4. I am not a HUD/FmHA employee or a member of a HUD/FmHA employee's immediate household as defined in Standards of Ethical Conduct for Employees of the Executive Branch in 5 C.F.R. Part 2635 (57 FR 35006) and HUD's Standard of Conduct in 24 C.F.R. Part O and

USDA's Standard of Conduct in 7 C.F.R. Part Subpart A.
5. I am not a principal participant in an assisted or insured project as of this date on which construction has stopped for a period in excess of 20 days or which has been substantially completed for more than 90 days and documentation, including final cost certification, has not been filed with HUD or FmHA.
6. To my knowledge I have not been found by HUD or FmHA to be in noncompliance with applicable civil rights laws.
7. I am not a Member of Congress or a Resident Commissioner nor otherwise prohibited or limited by law from contracting with the Government of the United States of America.
8. Statements above (if any) to which I cannot certify have been deleted by striking through (with a pen). I have initialled each deletion (if any) and have attached a true and accurate certified statement (if applicable) to explain the facts and circumstances which I think help to qualify me as a responsible principal participant in this project.

| Typed or Printed Name of Principal | Signature of Principal | Certification Date (mm/dd/yyyy) | Area Code and Telephone No. |
|---|---|---|---|

| | | |
|---|---|---|

This form was prepared by (Please print name)

Area Code and Telephone No.

Previous editions are obsolete

Page 1 of 2

ref Handbook 4065.1   form HUD-2530 (5/200

**Schedule A: List of Previous Projects and Section 8 Contracts.** By my name below is the complete list of my previous projects and my participation history as a principal; in Multifamily Housing programs of HUD/FmHA, State, and Local Housing Finance Agencies. **Note:** Read and follow the instruction sheet carefully. Abbreviate where possible. Make full disclosure. Add extra sheets if you need more space. Double check for accuracy. If you have no previous projects write, by your name, **"No previous participation, First Experience."**

| 1. List each Principal's Name (list in alphabetical order, last name first) | 2. List Previous Projects (give the I.D. number, project name, city location, & government agency involved if other than HUD) | 3. List Principals' Role(s) (indicate dates participated, and if fee or identity of interest participant) | 4. Status of Loan (current, defaulted, assigned, or foreclosed) | 5. Was Project ever in Default, during your participation? | | 6. Last Mgmt. and/or Physical Inspection Rating |
|---|---|---|---|---|---|---|
| | | | | Yes | No | if "Yes," explain |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Part II – For HUD Internal Processing Only**

Received and checked by me for accuracy and completeness; recommend approval or transferral to Headquarters as checked below:

| Date (mm/dd/yyyy) | Telephone Number and Area Code | | □ A. No adverse information; form HUD-2530 approval is recommended. | □ C. Disclosure or Certification problem |
|---|---|---|---|---|
| Staff | Processing and Control | | □ B. Name match in system | □ D. Other, our memorandum is attached. |
| Supervisor | | Director of Housing / Director, Multifamily Division | Approved □ Yes □ No | Date (mm/dd/yyyy) |

Previous editions are obsolete

Page 2 of 2

ref Handbook 4065.1   form HUD-2530 (5/2

## Instructions for Completing the Previous Participation Certificate, form HUD-2530

Carefully read these instructions and the applicable regulations. A copy of those regulations published at 24 C.F.R. 200.210 to 200.245 can be obtained from the Multifamily Housing Representative at any HUD Office. Type or print neatly in ink when filling out this form. Mark answers in all blocks of the form. If the form is not filled completely, it will delay approval of your application.

Attach extra sheets as you need them. Be sure to indicate "Continued on Attachments" wherever appropriate. Sign each additional page that you attach if it refers to you or your record. If you have many projects to list (20 or more) and expect to be applying frequently for participation in HUD projects, you should consider filing a Master List. See Master List instructions below under "Instructions for Completing Schedule A."

Carefully read the certification before you sign it. Any questions regarding the form or how to complete it can be answered by your HUD Office Multifamily Housing Representative.

Purpose: This form provides HUD with a certified report of all previous participation in HUD multifamily housing projects by those parties making application. The information requested in this form is used by HUD to determine if you meet the standards established to ensure that all principal participants in HUD projects will honor their legal, financial and contractual obligations and are acceptable risks from the underwriting standpoint of an insurer, lender or governmental agency. HUD requires that you certify your record of previous participation in HUD/USDA-FmHA, State and Local Housing Finance Agency projects by completing and signing this form, before your project application or participation can be approved.

HUD approval of your certification is a necessary precondition for your participation in the project and in the capacity that you propose. If you do not file this certification, do not furnish the information requested accurately, or do not meet established standards, HUD will not approve your certification.

Note that approval of your certification does not obligate HUD to approve your project application, and it does not satisfy all other HUD program requirements relative to your qualifications.

## Who Must Sign and File Form HUD-2530:

Form HUD-2530 must be completed and signed by all parties applying under the following participants in HUD multifamily housing projects, including those who have no previous participation. The form must be signed and filed by all principals and their affiliates who propose participating in the HUD project. Use a separate form for each role in the project unless there is an identity of interest.

Principals include all individuals, joint ventures, partnerships, corporations, trusts, nonprofit organizations, any other public or private entity that will participate in the proposed project as a sponsor, owner, prime contractor, turnkey developer, managing agent, nursing home administrator or operator, packager, or consultant. Architects and attorneys who have any interest in the project other than an arms length fee arrangement for professional services are also considered principals by HUD.

In the case of partnerships, all general partners regardless of their percentage interest and limited partners having a 25 percent or more interest in the partnership are considered principals. In the case of public or private corporations or governmental entities, principals include the president, vice president, secretary, treasurer and all other executive officers who are directly responsible to the board of directors, or any comparable governing body, as well as all directors and each stockholder having a 10 percent or more interest in the corporation.

Affiliates are defined as any person or business concern that directly or indirectly controls the policy of a principal or has the power to do so. A holding or parent corporation would be an example of an affiliate if one of its subsidiaries is a principal.

Exception for Corporations – All principals and affiliates must personally sign the certification for the following situation. When a case except (?) the principals, all of its officers, directors, trustees and stockholders with 10 percent or more of the common (voting) stock need not sign personally if they all have the same record to report. The officer who is authorized to sign for the corporation or agency will list the names and title of those who elect not to sign. However, any person who has a record of participation in HUD projects that is separate from that of his or her organization must report that activity on this form and sign his or her name. The objective is full disclosure.

Exemptions – The names of the following parties do not need to be listed on form HUD-2530: Public Housing Agencies, tenants, owners of less than five cooperative or cooperative units and all others whose interests were acquired by inheritance or court order.

Where and When Form HUD-2530 Must Be Filed: The original of this form must be submitted to the HUD Office where your project application will be processed at the same time you file your initial project application. This form must be filed with applications for projects, or when otherwise required in the situations listed below:

- Projects to be financed with mortgages insured under the National Housing Act (FHA).
- Projects to be financed according to Section 202 of the Housing Act of 1959 (Elderly and Handicapped).
- Projects in which 20 percent or more of the units are to receive a subsidy as described in 24 C.F.R. 200.213.
- Purchase of a project subject to a mortgage insured or held by the Secretary of HUD.
- Purchase of a Secretary-owned project.
- Proposed substitution or addition of a principal, or principal participation in a different capacity from that previously approved for the same project.
- Proposed acquisition by an existing limited partner of an additional interest in a partnership resulting in a total interest of 25 percent or more, or proposed acquisition by a corporate stockholder of an additional interest in a project resulting in a total interest of 10 percent or more.
- Projects with U.S.D.A., Farmers Home Administration, or with state or local government housing finance agencies that include rental assistance under Section 8 of the Housing Act of 1937. For projects of this type, form HUD-2530 should be filed with the appropriate applications directly to those agencies.

Review of Adverse Determination: If approval of your participation in a HUD project is denied, withheld, or conditionally granted on the basis of your record of previous participation, you will be notified by the HUD Office. You may request reconsideration by the HUD Review Committee. Alternatively, you may request a hearing before a Hearing Officer. Either request must be made in writing within 30 days from your receipt of the notice of determination.

If you do request reconsideration by the Review Committee and the reconsideration results in an adverse determination, you may then request a hearing before a Hearing Officer. The Hearing Officer will issue a report to the Review Committee. You will be notified of the final ruling by certified mail.

## Specific Line Instructions:

Reason for submitting this Certification, e.g., reliance, management, change in ownership, transfer of physical assets, etc.

Block 1: Fill in the name of the agency to which you are applying. For example, HUD Office, Farmers Home Administration (state office, or the name of a State or local housing finance agency. Below that, fill in the name of the city where the office is located.

Block 2: Fill in the name of the project (such as "Greenwood Apts." If the name has already been selected, write "Name unknown." Below that, enter the HUD project number or FmHA identification number for the project. If it is a housing finance agency project, or contract number. Include all project or contract numbers that are relevant to the project. Also enter the name of the city [in which] the project is located, and the ZIP Code of the site location.

Block 3: Fill in the dollar amount required for the proposed mortgage, or the annual amount of rental assistance requested.

Block 4: Fill in the number of apartment units proposed, such as "40 units." For hospital projects or nursing homes, fill in the number of beds proposed, such as "100 beds."

Block 5: Fill in the section of the Housing Act under which the application is filed.

Block 7: Definitions of all those who are considered principals and affiliates are given above in the section titled "Who Must Sign and File...."

Block 8: Beside the name of each principal, fill in the role that each will perform. The following are possible roles that the principal may perform: Sponsor, Owner, Prime Contractor, Turnkey Developer, Managing Agent, Packager, Consultant, General Partner, Limited Partner (include percentage), Executive Director, Trustee, Major Stockholder or Nursing Home Administrator. Beside the name of each affiliate, write the name of person or firm of affiliation, such as "Affiliate, Smith Construction Co."

ref-Handbook 4065.1  form HUD-2530 (5/20

Previous editions are obsolete

Block 9: Fill in the percentage of ownership in the proposed project that each principal is expected to have. Also specify if the participant is a general or limited partner. Beside the name of those parties who will not be owners, write "None."

Block 10: Fill in the Social Security Number or IRS employer number of every party listed, including affiliates.

Instructions for Completing Schedule A:

Be sure that Schedule A is filled-in completely, accurately and the certification is properly dated and signed, because it will serve as a legal record of your previous experience. All Multifamily Housing projects involving HUD/FmHA, and State and local Housing Finance Agencies in which you have previously participated must be listed. Applicants are reminded that previous participation pertains to the individual principal within an entity as well as the entity itself. A newly formed company may not have previous participation, but the principals within the company may have had extensive participation and disclosure of activity is required. To ascertain the entity involved in an application of disclosure, list the name and then the entities or individuals involved in that project. You may use the name or a number code to denote the entity or individual that participated. The number code can then be used in column 3 to denote role.

Column 2 List the project or contract identification of each previous project. All previous projects must be included on your certification cannot be processed. Include the name of all projects, the cities in which they are located and the government agency (HUD, USDA-FmHA or State or local housing finance agency) that was involved. At the end of your list of projects, draw a straight line across the page to separate your record of projects from that of others signing this form who have a different record to report.

Previous editions are obsolete

Column 3 List the role(s) of your participation, dates participated, and if lie or identity of interest with owners.

Column 4 Indicate the current status of the loan. Except for current loans, the date associated with the status is required. Loans under a workout arrangement are considered as signed. An explanation of the circumstances surrounding the status is required for all non-current loans.

Column 5 Explain any project defaults during your participation.

Column 6 Enter the latest Management and/or Physical Inspection Review rating. If either of the ratings are below average, the report issued by HUD is required to be submitted along with the applicant's explanation of the circumstances surrounding the rating.

No Previous Record: Even if you have never participated in a HUD project before, you must complete form HUD-2530. If you have no record of previous projects to list, fill in your name in column 1 of Schedule A, and write across the form by your name – "No previous participation, first experience."

Master List System: If you expect to file this form frequently and you have a long list of previous projects to report on Schedule A, you should consider filing a Master List. By doing so, you will avoid having to list all your previous projects each time you file a new application.

To make a Master List, use form HUD-2530. On page 1, in block 1, enter (in capital letters) the words "Master List." In blocks 2 through 6 enter in "N.A." meaning Not Applicable. Complete blocks 7 through 10.

In the box below the statement of certification, fill in the names of all parties who wish to file a Master List together (type or print neatly). Beside each name, every party must sign in the box titled "Proposed Role," fill in "N.A." Also, fill in the date you sign the form

and provide a telephone number where you can be reached during the day. No determinations will be made on these certificates.

File one copy of the Master List with each HUD Office where you do business and mail one copy to the following address:

HUD-2530 Master List
Participation and Compliance
Division – Housing
U.S. Department of Housing and
Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

Once you have filed a Master List, you do not need to complete Schedule A when you submit form HUD-2530. Instead, write the name of the participant in column 1 of Schedule A and beside that write "See Master List on file." Also give the date that appears on the Master List that you submitted. Below that, report all changes and additions to the Master List since that date. Be sure to include any mortgage defaults, assignments or foreclosures not listed previously.

If you have withdrawn from a project since the date the Master List was filed, be sure to name the project. Give the project identification number, the month and year your participation began and/or ended.

Certification:

After you have completed all other parts of form HUD-2530, including Schedule A, read the Certification carefully. In the box below the statement of certification, fill in the name of all principals and affiliates (type or print neatly). Beside the name of each principal and affiliate, each party must sign the form (with the exception in some cases of individuals associated with a corporation (see "Exception for Corporations" in the section of the instructions titled "Who Must Sign and File form

HUD-2530"). Beside each signature, fill in the role of each party (as shown in block 8). In addition, each person who signs the form should fill in the date that he or she signs, as well as providing a telephone number where he or she can be reached during business hours. By providing a telephone number where you can be reached, you will help to prevent any possible delay caused by mailing and processing time in the event HUD has any questions.

If you cannot certify and sign the certification as it is printed because some statements do not correctly describe your record, use a pen and strike through those parts that will not apply with your record, then sign and certify to the remaining part which does describe your record.

Attach a signed letter, note or on a separate piece of paper explaining the circumstances of the items you have struck out on the certification and report the facts of your correct record. Item A(2)(e) relates to felony convictions within the past 10 years. If you have been convicted of a felony within 10 years, strike out all of A(2)(e) on the certification and attach your statement giving your explanation. A felony conviction will not necessarily cause your participation to be disapproved unless there is a clear record of the evidence that your previous conduct constitutes of doing business has been such that it would constitute making it a participation risk from the underwriting point of an insurer, lender or government agency.

The Department of Housing and Urban Development (HUD) is authorized to collect this information by law at 42 U.S.C. 3535(d) and 24 C.F.R. 200.217) and by regulation at 24 CFR 200.210. This information is needed so that principals applying to participate in multifamily programs can become HUD-approved participants. The information you provide will enable HUD to evaluate your record with respect to established standards of performance, responsibility and eligibility. Without prior approval, a principal may not participate in a proposed or existing multifamily project. HUD uses this information to evaluate whether or not principals pose an unsatisfactory underwriting risk. The information is used to evaluate the potential principals and approve only individuals and organizations who meet their legal, financial and contractual obligations.

Privacy Act Statement: The Housing and Community Development Act of 1987, 42 U.S.C. 3543 requires persons applying for a Federally-insured or guaranteed loan to furnish his/her Social Security Number (SSN). HUD must have your SSN for identification of your records. HUD may use your SSN for automated processing of your records and to make requests for information about your and your previous records with other public agencies and private sector sources. HUD may disclose certain information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecution. It will not be otherwise disclosed or released outside of HUD, except as required and permitted by law. You must provide all of the information requested in this application, including your SSN.

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless displays a currently valid OMB control number.
A response is mandatory. Failure to provide any of the information will result in your disapproval for participation in this HUD program.

ref Handbook 4065.1   form HUD-2530 (5/20

U.S. Department of Housing and
Urban Development
Office of Public and Indian Housing

OMB No 2577-0094 (exp 11/30/2003)

# General Conditions of the
# Contract for Construction

## Public Housing Programs

This form includes those clauses required by OMB's common rule on grantee procurement, implemented at HUD in 24 CFR 85.36 and those requirements set forth in Section 3 of the Housing and Urban Development Act of 1968, as amended by HUD at 24 CFR 135 and by its amendment by the Housing and Community Development Act 1992, implemented by HUD in the Interim Rule published June 30, 1994. The form is required for construction contracts awarded by Public Housing Agencies (PHAs) .

The form is used by Housing Authorities in solicitations to provide necessary contract clauses. If the form were not used, HAs would be unable to enforce their contracts.

Public reporting burden for this collection of information is estimated to average 1.0 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Responses to the collection of information; are required to obtain a benefit or to retain a benefit.

The information requested does not lend itself to confidentiality.

HUD may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB number

## Table of Contents

| Clause | | Page |
|---|---|---|
| | **Conduct of Work** | |
| 1. | Definitions | 1 |
| 2. | Contractor's Responsibility for Work | 2 |
| 3. | Architect's Duties, Responsibilities, and Authority | 2 |
| 4. | Other Contracts | 2 |
| | **Construction Requirements** | |
| 5. | Preconstruction Conference and Notice to Proceed | 3 |
| 6. | Construction Progress Schedule | 3 |
| 7. | Site Investigation and Conditions Affecting the Work | 3 |
| 8. | Differing Site Conditions | 4 |
| 9. | Specifications and Drawings for Construction | 4 |
| 10. | As-Built Drawings | 5 |
| 11. | Material and Workmanship | 5 |
| 12. | Permits and Codes | 5 |
| 13. | Health, Safety, and Accident Prevention | 6 |
| 14. | Temporary Heating | 6 |
| 15. | Availability and Use of Utility Services | 6 |
| 16. | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | 6 |
| 17. | Temporary Buildings and Transportation of Materials | 7 |
| 18. | Clean Air and Water | 7 |
| 19. | Energy Efficiency | 7 |
| 20. | Inspection and Acceptance of Construction | 7 |
| 21. | Use and Possession Prior to Completion | 8 |
| 22. | Warranty of Title | 8 |
| 23. | Warranty of Construction | 8 |
| 24. | Prohibition Against Liens | 9 |

| Clause | | Page |
|---|---|---|
| | **Administrative Requirements** | |
| 25. | Contract Period | 9 |
| 26. | Order of Precedence | 9 |
| 27. | Payments | 9 |
| 28. | Contract Modifications | 10 |
| 29. | Changes | 11 |
| 30. | Suspension of Work | 11 |
| 31. | Disputes | 12 |
| 32. | Default | 12 |
| 33. | Liquidated Damages | 13 |
| 34. | Termination for Convenience | 13 |
| 35. | Assignment of Contract | 13 |
| 36. | Insurance | 13 |
| 37. | Subcontracts | 14 |
| 38. | Subcontracting with Small and Minority Firms, Women's Business Enterprise, and Labor Surplus Area Firms | 14 |
| 39. | Equal Employment Opportunity | 14 |
| 40. | Employment, Training, and Contracting Opportunities for Low-Income Persons, Section 3 of the Housing and Urban Development Act of 1968. | 15 |
| 41. | Interest of Members of Congress | 15 |
| 42. | Interest of Members, Officers, or Employees and Former Members, Officers, or Employees | 15 |
| 43. | Limitations on Payments made to Influence Certain Federal Financial Transactions | 15 |
| 44. | Royalties and Patents | 15 |
| 45. | Examination and Retention of Contractor's Records | 15 |
| 46. | Labor Standards - Davis-Bacon and Related Acts | 16 |
| 47. | Labor Standards - Non-Routine Maintenance | 19 |
| 48. | Non-Federal Prevailing Wage Rates | 21 |

# General Conditions of the Contract for Construction
## Public and Indian Housing Programs

### Conduct of Work

**1. Definitions**

(a) "**Architect**" means the person or other entity engaged by the PHA to perform architectural, engineering, design, and other services related to the work as provided for in the contract. When a PHA uses an engineer to act in this capacity, the terms "architect" and "engineer" shall be synonymous. The Architect shall serve as a technical representative of the Contracting Officer. The Architect's authority is as set forth elsewhere in this contract.

(b) "**Contract**" means the contract entered into between the PHA and the Contractor. It includes the forms of Bid, the Bid Bond, the Performance and Payment Bond or Bonds or other assurance of completion, the Certifications, Representations, and Other Statements of Bidders (form HUD-5369-A), these General Conditions of the Contract for Construction (form HUD-5370), the applicable wage rate determinations from either the U.S. Department of Labor or HUD, any special conditions included elsewhere in the contract, the specifications, and

drawings. It includes all formal changes to any of those documents by addendum, change order, or other modification.

(c) "**Contracting Officer**" means the person delegated the authority by the PHA to enter into, administer, and/or terminate this contract and designated as such in writing to the Contractor. The term includes any successor Contracting Officer and any duly authorized representative of the Contracting Officer also designated in writing. The Contracting Officer shall be deemed the authorized agent of the PHA in all dealings with the Contractor.

(d) "**Contractor**" means the person or other entity entering into the contract with the PHA to perform all of the work required under the contract.

(e) "**Drawings**" means the drawings enumerated in the schedule of drawings contained in the Specifications and as described in the contract clause entitled **Specifications and Drawings for Construction** herein.

(f) "HUD" means the United States of America acting through the Department of Housing and Urban Development including, the Secretary, or any other person designated to act on its behalf. HUD has agreed, subject to the provisions of an Annual Contributions Contract (ACC), to provide financial assistance to the PHA, which includes assistance in financing the work to be performed under this contract. As defined elsewhere in these General Conditions or the contract documents, the determination of HUD may be required to authorize changes in the work or for release of funds to the PHA for payment to the Contractor. Notwithstanding HUD's role, nothing in this contract shall be construed to create any contractual relationship between the Contractor and HUD.

(g) "Project" means the entire project, whether construction or rehabilitation, the work for which is provided for in whole or in part under this contract.

(h) "PHA" means the Public Housing Agency organized under applicable state laws which is a party to this contract.

(i) "Specifications" means the written description of the technical requirements for construction and includes the criteria and tests for determining whether the requirements are met.

(l) "Work" means materials, workmanship, and manufacture and fabrication of components.

## 2. Contractor's Responsibility for Work

(a) The Contractor shall furnish all necessary labor, materials, tools, equipment, and transportation necessary for performance of the work. The Contractor shall also furnish all necessary water, heat, light, and power not made available to the Contractor by the PHA pursuant to the clause entitled Availability and Use of Utility Services herein.

(b) The Contractor shall perform on the site, and with its own organization, work equivalent to at least [ ] (12 percent unless otherwise indicated) of the total amount of work to be performed under the order. This percentage may be reduced by a supplemental agreement to this order if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the PHA.

(c) At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the work site a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

(d) The Contractor shall be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence, and shall take proper safety and health precautions to protect the work, the workers, the public, and the property of others. The Contractor shall hold and save the PHA, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

(e) The Contractor shall lay out the work from base lines and bench marks indicated and shall be responsible for all lines, levels, and measurements of all work executed under the contract. The Contractor shall verify the figures before laying out the work and will be held responsible for any error resulting from its failure to do so.

(f) The Contractor shall confine all operations (including storage of materials) on PHA premises to areas authorized or approved by the Contracting Officer.

(g) The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials. After completing the work and before final inspection, the Contractor shall (1) remove from the premises all scaffolding, equipment, tools, and materials (including rejected materials) that are not the property of the PHA and all rubbish caused by its work; (2) leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer; (3) perform all specified tests; and, (4) deliver the installation in complete and operating condition.

(h) The Contractor's responsibility will terminate when all work has been completed, the final inspection made, and the work accepted by the Contracting Officer. The Contractor will then be released from further obligation except as required by the warranties specified elsewhere in the contract.

## 3. Architect's Duties, Responsibilities, and Authority

(a) The Architect for this contract, and any successor, shall be designated in writing by the Contracting Officer.

(b) The Architect shall serve as the Contracting Officer's technical representative with respect to architectural, engineering, and design matters related to the work performed under the contract. The Architect may provide direction on contract performance. Such direction shall be within the scope of the contract and may not be of a nature which: (1) institutes additional work outside the scope of the contract; (2) constitutes a change as defined in the Changes clause herein; (3) causes an increase or decrease in the cost of the contract; (4) alters the Construction Progress Schedule; or (5) changes any of the other express terms or conditions of the contract.

(c) The Architect's duties and responsibilities may include but shall not be limited to:
(1) Making periodic visits to the work site, and on the basis of his/her on-site inspections, issuing written reports to the PHA which shall include all observed deficiencies. The Architect shall file a copy of the report with the Contractor's designated representative at the site;
(2) Making modifications in drawings and technical specifications and assisting the Contracting Officer in the preparation of change orders and other contract modifications for issuance by the Contracting Officer;
(3) Reviewing and making recommendations with respect to - (i) the Contractor's construction progress schedules; (ii) the Contractor's shop and detailed drawings; .(iii) the machinery, mechanical and other equipment and materials or other articles proposed for use by the Contractor; and, (iv) the Contractor's price breakdown and progress payment estimates; and,

Downloaded from PHA-Web Spec Document 8 of detach 04-21-2005 to share 2 8pp of 21

(4) Assisting in inspections, signing Certificates of Completion, and making recommendations which respect acceptance of work completed under the contract.

## 4. Other Contracts

The PHA may undertake or award other contracts for additional work at or near the site of the work under this contract. The Contractor shall fully cooperate with the other contractors and with PHA employees and shall carefully adapt scheduling and performing the work under this contract to accommodate the additional work, heeding any direction that may be provided by the Contracting Officer. The Contractor shall not commit or permit any act that will interfere with the performance of work by any other contractor or by PHA employees.

## Construction Requirements

### 5. Preconstruction Conference and Notice to Proceed

(a) Within ten calendar days of contract execution, and prior to the commencement of work, the Contractor shall attend a preconstruction conference with representatives of the PHA, its Architect, and other interested parties convened by the PHA. The conference will serve to acquaint the participants with the general plan of the construction operation and all other requirements of the contract. The PHA will provide the Contractor with the date, time, and place of the conference.

(b) The contractor shall begin work upon receipt of a written Notice to Proceed from the Contracting Officer or designee. The Contractor shall not begin work prior to receiving such notice.

### 6. Construction Progress Schedule

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring labor, materials, and equipment). The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period. If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments or take other remedies under the contract until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as required by the Contracting Officer, and immediately deliver three copies of the annotated schedule to the Contracting Officer. If the Contracting Officer determines, upon the basis of inspection conducted pursuant to the clause entitled *Inspection and Acceptance of Construction*, herein that the Contractor is not meeting the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the PHA. In this circumstance, the Contracting Officer may require the Contractor to increase the number

of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the Contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the Default clause of this contract.

### 7. Site Investigation and Conditions Affecting the Work

(a) The Contractor acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost, including but not limited to, (1) conditions bearing upon transportation, disposal, handling, and storage of materials; (2) the availability of labor, water, electric power, and roads; (3) uncertainties of weather, river stages, tides, or similar physical conditions at the site; (4) the conformation and conditions of the ground; and (5) the character of equipment and facilities needed preliminary to and during work performance. The Contractor also acknowledges that it has satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the PHA, as well as from the drawings and specifications made a part of this contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work, or for proceeding to successfully perform the work without additional expense to the PHA.

(b) The PHA assumes no responsibility for any conclusions or interpretations made by the Contractor based on the information made available by the PHA. Nor does the PHA assume responsibility for any understanding reached or representation made concerning conditions which can affect the work by any of its officers or agents before the execution of this contract, unless that understanding or representation is expressly stated in this contract.

### 8. Differing Site Conditions

(a) The Contractor shall promptly, and before the conditions are disturbed, give a written notice to the Contracting Officer of (1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or (2) unknown physical conditions at the site(s), of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

Previous edition is obsolete
Replaces form HUD-5370-A          Page 3 of 21          form HUD-5370 (4/2002)
ref Handbooks 7417.1 & 7485.3G

Case 1:08-cv-02833-RWZ Document 8 attach Filed 04/21/2008 Page 29 of 31

(b) The Contracting Officer shall investigate the site conditions promptly after receiving the notice. (Do not disturb the affected site, except at the Contractor's risk, until the Contracting Officer has provided written instructions to the Contractor. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, the Contractor shall file a claim in writing to the PHA within ten days after receipt of such instructions and, in any event, before proceeding with the work. An equitable adjustment in the contract price, the delivery schedule, or both shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

## 9. Specifications and Drawings for Construction

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by", or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown", "as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place", that is "furnished and installed".

(d) "Shop drawings" means drawings, submitted to the PHA by the Contractor, subcontractor, or any lower tier subcontractor, showing in detail (1) the proposed fabrication and assembly of structural elements and (2) the installation (i.e., form, fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the Contractor to explain in detail specific portions of the work required by the contract. The PHA may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with other contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the PHA's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Architect approves any such variation and the Contracting Officer concurs, the Contracting Officer shall issue an appropriate modification to the contract, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) It shall be the responsibility of the Contractor to make timely requests of the PHA for such large scale and full size drawings, color schemes, and other additional information, not already in his possession, which shall be required in the planning and production of the work. Such requests may be submitted as the need arises, but each such request shall be filed in ample time to permit appropriate action to be taken by all parties involved so as to avoid delay.

(h) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the PHA and one set will be returned to the Contractor. As required by the Contracting Officer, the Contractor, upon completing the work under this contract, shall furnish a complete set of all shop drawings as finally approved. These drawings shall show all changes and revisions made up to the time the work is completed and accepted.

(i) This clause shall be included in all subcontracts at any tier. It shall be the responsibility of the Contractor to ensure that all shop drawings prepared by subcontractors are submitted to the Contracting Officer.

## 10. As-Built Drawings

(a) "As-built drawings," as used in this clause, means drawings submitted by the Contractor or subcontractor at any tier to show the construction of a particular structure or work as actually completed under the contract. "As-built drawings" shall be synonymous with "Record drawings."

(b) As required by the Contracting Officer, the Contractor shall provide the Contracting Officer accurate information to be used in the preparation of permanent as-built drawings. For this purpose, the Contractor shall record on one set of contract drawings all changes from the installations originally indicated, and record final locations of underground lines by depth from finish grade and by accurate horizontal offset distances to permanent surface improvements such as buildings, curbs, or edges of walks.

(c) This clause shall be included in all subcontracts at any tier. It shall be the responsibility of the Contractor to ensure that all as-built drawings prepared by subcontractors are submitted to the Contracting Officer.

## 11. Material and Workmanship

(a) All equipment, material, and articles furnished under this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the contract to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of, and as approved by the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) Approval of equipment and materials.

(1) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(2) When required by the specifications or the Contracting Officer, the Contractor shall submit appropriately marked samples (and certificates related to them) for approval at the Contractor's expense, with all shipping charges prepaid. The Contractor shall label, or otherwise properly mark on the container, the material or product represented, its place of origin, the name of the producer, the

Contractor's name, and the identification of the construction building/project involved, or the manner in which it is intended to be used.

(3) Certificates shall be submitted in triplicate, describing each sample submitted for approval and certifying that the material, equipment or accessory complies with contract requirements. The certificates shall include the name and brand of the product, name of manufacturer, and the location where produced.

(4) Approval of a sample shall not constitute a waiver of the PHA right to demand full compliance with contract requirements. Materials, equipment and accessories may be rejected for cause even though samples have been approved.

(5) Wherever materials are required to comply with recognized standards or specifications, such specifications shall be accepted as establishing the technical qualities and testing methods, but shall not govern the number of tests required to be made nor modify other contract requirements. The Contracting Officer may require laboratory test reports on items submitted for approval or may approve materials on the basis of data submitted in certificates with samples. Check tests will be made on materials delivered for use only as frequently as the Contracting Officer determines necessary to insure compliance of materials with the specifications. The Contractor will assume all costs of re-testing materials which fail to meet contract requirements and/or testing materials offered in substitution for those found deficient.

(6) After approval, samples will be kept in the Project office until completion of work. They may be built into the work after a substantial quantity of the materials they represent has been built in and accepted.

(c) Prohibition against use of lead-based paint. The Contractor shall comply with the prohibition against the use of lead-based paint contained in the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. 4821-4846) as implemented by 24 CFR Part 35.

## 12. Permits and Codes

(a) The Contractor shall give all notices and comply with all applicable laws, ordinances, codes, rules and regulations. Notwithstanding the requirement of the Contractor to comply with the drawings and specifications in the contract, all work installed shall comply with all applicable codes and regulations as amended by any waivers. Before installing the work, the Contractor shall examine the drawings and the specifications for compliance with applicable codes and regulations bearing on the work and shall immediately report any discrepancy it may discover to the Contracting Officer. Where the requirements of the drawings and specifications fail to comply with the applicable code or regulation, the Contracting Officer shall modify the contract by change order pursuant to the clause entitled Changes herein to conform to the code or regulation.

(b) The Contractor shall secure and pay for all permits, fees, and licenses necessary for the proper execution and completion of the work. Where the PHA can arrange for the issuance of all or

### 13. Health, Safety, and Accident Prevention

(a) In performing this contract, the Contractor shall:

(1) Ensure that no laborer or mechanic shall be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous to his/her health and/or safety as determined under construction safety and health standards promulgated by the Secretary of Labor by regulation;

(2) Protect the lives, health, and safety of other persons;

(3) Prevent damage to property, materials, supplies, and equipment; and,

(4) Avoid work interruptions.

(b) For these purposes, the Contractor shall:

(1) Comply with regulations and standards issued by the Secretary of Labor at 29 CFR Part 1926. Failure to comply may result in imposition of sanctions pursuant to the Contract Work Hours and Safety Standards Act (Public Law 91-54, 83 Stat. 96), 40 U.S.C. 327 et seq.; and,

(2) Include the terms of this clause in every subcontract so that such terms will be binding on each subcontractor.

(c) The Contractor shall maintain an accurate record of exposure data on all accidents incident to work performed under this contract resulting in death, traumatic injury, occupational disease, or damage to property, materials, supplies, or equipment, and shall report this data in the manner prescribed by 29 CFR Part 1904.

(d) The Contracting Officer shall notify the Contractor of any noncompliance with these requirements and of the corrective action required. This notice, when delivered to the Contractor or the Contractor's representative at the site of the work, shall be deemed sufficient notice of the noncompliance and corrective action required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to take corrective action promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not base any claim or request for equitable adjustment for additional time or money on any stop order issued under these circumstances.

(e) The Contractor shall be responsible for its subcontractors' compliance with the provisions of this clause. The Contractor shall take such action with respect to any subcontract as the PHA, the Secretary of Housing and Urban Development, or the Secretary of Labor shall direct as a means of enforcing such provisions.

### 14. Temporary Heating

The Contractor shall provide and pay for temporary heating, covering, and enclosures necessary to properly protect all work and materials against damage by dampness and cold, to dry out the work, and to facilitate the completion of the work. Any permanent heating equipment used shall be turned over to the PHA in the condition and at the time required by the specifications.

### 15. Availability and Use of Utility Services

(a) The Contractor shall carefully utilize reasonable amounts of utilities available to the Contractor from existing outlets and supplies, as specified in the contract. Unless otherwise provided in the contract, the amount of each utility service consumed shall be charged to or paid for by the Contractor at prevailing rates charged to the PHA or, where the utility is produced by the PHA, at reasonable rates determined by the Contracting Officer. The Contractor shall carefully conserve any utilities furnished without charge.

(b) The Contractor, at its expense and in a manner satisfactory to the Contracting Officer, shall install and maintain all necessary temporary connections and distribution lines, and all meters required to measure the amount of each utility used for the purpose of determining charges. Before final acceptance of the work by the PHA, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

### 16. Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed under this contract, and which do not unreasonably interfere with the work required under this contract.

(b) The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during performance of this contract, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(c) The Contractor shall protect from damage all existing improvements and utilities (1) at or near the work site and (2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor. Prior to disturbing the ground at the construction site, the Contractor shall ensure that all underground utility lines are clearly marked.

(d) The Contractor shall shore up, brace, underpin, secure, and protect as necessary all foundations and other parts of existing structures adjacent to, adjoining, and in the vicinity of the site, which may be affected by the excavations or other operations connected with the construction of the project.

(e) Any equipment temporarily removed as a result of work under this contract shall be protected, cleaned, and replaced in the same condition as at the time of award of this contract.

(f) New work which connects to existing work shall correspond in all respects with that to which it connects and/or be similar to existing work unless otherwise required by the specifications.

(g) No structural members shall be altered or in any way weakened without the written authorization of the Contracting Officer, unless such work is clearly specified in the plans or specifications.

(h) If the removal of the existing work exposes discolored or unfinished surfaces, or work out of alignment, such surfaces shall be refinished, or the material replaced as necessary to make the continuous work uniform and harmonious. This, however, shall not be construed to require the refinishing or reconstruction of dissimilar finishes previously exposed, or finished surfaces in good condition, but in different planes or on different levels when brought together by the removal of intervening work, unless such refinishing or reconstruction is specified in the plans or specifications.

(i) The Contractor shall give all required notices to any adjoining or adjacent property owner or other party before the commencement of any work.

(j) The Contractor shall indemnify and save harmless the PHA from any damages on account of settlement or the loss of lateral support of adjoining property, any damages from changes in topography affecting drainage, and from all loss or expense and all damages for which the PHA may become liable in consequence of such injury or damage to adjoining and adjacent structures and their premises.

(k) The Contractor shall repair any damage to vegetation, structures, equipment, utilities, or improvements, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable care in performing the work. If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

## 17. Temporary Buildings and Transportation of Materials

(a) Temporary buildings (e.g., storage sheds, shops, offices, sanitary facilities) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the PHA. The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(b) The Contractor shall, as directed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer. When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any federal, state, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage. The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

## 18. Clean Air and Water   Applicable to Contracts in Excess of $100,000

(a) Definition. "Facility" means any building, plant, installation, structure, mine, vessel or other floating craft, location, or site of operations, owned, leased, or supervised by the Contractor or any subcontractor, used in the performance of the contract or any subcontract. When a location or site of operations includes more than one building, plant, installation, or structure, the entire location or site shall be deemed a facility except when the Administrator, or a designee, of the Environmental Protection Agency (EPA) determines that independent facilities are collocated in one geographical area.

(b) In compliance with regulations issued by the United States Environmental Protection Agency (EPA), 40 CFR Part 15, pursuant to the Clean Air Act, as amended ("Air Act"), 42 U.S.C. 7401, et seq., the Federal Water Pollution Control Act, as amended ("Water Act"), 33 U.S.C. 1251, et seq., and Executive Order 11738, the Contractor agrees to —

(1) Not utilize any facility in the performance of this contract or any subcontract which is listed on the EPA List of Violating Facilities pursuant to Part 15 of the regulations for the duration of time that the facility remains on the list;

(2) Promptly notify the Contracting Officer if a facility the Contractor intends to use in the performance of this contract is on the EPA List of Violating Facilities or the Contractor knows that it has been recommended to be placed on the List;

(3) Comply with all requirements of the Air Act and the Water Act, including the requirements of Section 114 of the Air Act and Section 308 of the Water Act, and all applicable clean air and clean water standards; and,

(4) Include or cause to be included the provisions of this clause in every subcontract, and take such action as HUD may direct as a means of enforcing such provisions.

## 19. Energy Efficiency

The Contractor shall comply with all standards and policies relating to energy efficiency which are contained in the energy conservation plan issued in compliance with the Energy Policy and Conservation Act (Pub.L. 94-163) for the State in which the work under the contract is performed.

## 20. Inspection and Acceptance of Construction

(a) Definitions. As used in this clause -

(1) "Acceptance" means the act of an authorized representative of the PHA by which the PHA approves and assumes ownership of the work performed under this contract. Acceptance may be partial or complete.

(2) "Inspection" means examining and testing the work performed under the contract (including, when appropriate, raw materials, equipment, components, and intermediate assemblies) to determine whether it conforms to contract requirements.

(3) "Testing" means that element of inspection that determines the properties or elements, including functional operation of materials, equipment, or their components, by the application of established scientific principles and procedures.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. All work is subject to PHA inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

Case 1:04-cv-12485-RWZ   Document 8   Filed 04/22/2005   Page 12 of 29

(c) PHA inspections and tests are for the sole benefit of the PHA and do not: (1) relieve the Contractor of responsibility for providing adequate quality control measures; (2) relieve the Contractor of responsibility for loss or damage of the material before acceptance; (3) constitute or imply acceptance; or, (4) affect the continuing rights of the PHA after acceptance of the completed work under paragraph (j) below.

(d) The presence or absence of the PHA inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specifications without the Contracting Officer's written authorization. All instructions and approvals with respect to the work shall be given to the Contractor by the Contracting Officer.

(e) The Contractor shall promptly furnish, without additional charge, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The PHA may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The PHA shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The PHA may conduct routine inspections of the construction site on a daily basis.

(g) The Contractor shall, without charge, replace or correct work found by the PHA not to conform to contract requirements, unless the PHA decides that it is in its interest to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(h) If the Contractor does not promptly replace or correct rejected work, the PHA may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor, or (2) terminate for default the Contractor's right to proceed.

(i) If any work requiring inspection is covered up without approval of the PHA, it must, if requested by the Contracting Officer, be uncovered at the expense of the Contractor. If at any time before final acceptance of the entire work, the PHA considers it necessary or advisable, to examine work already completed by removing or tearing it out, the Contractor, shall on request, promptly furnish all necessary facilities, labor, and material. If such work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray all the expenses of the examination and of satisfactory reconstruction. If, however, such work is found to meet the requirements of the contract, the Contracting Officer shall make an equitable adjustment to cover the cost of the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(j) The Contractor shall notify the Contracting Officer, in writing, as to the date when in its opinion all or a designated portion of the work will be substantially completed and ready for inspection. If the Architect determines that the state of preparedness is as represented, the PHA will promptly arrange for the inspection. Unless otherwise specified in the contract, the PHA shall accept, as soon as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines and designates can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the PHA's right under any warranty or guarantee.

## 21. Use and Possession Prior to Completion

(a) The PHA shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the PHA intends to take possession of or use. However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The PHA's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the PHA has such possession or use, the Contractor shall be relieved of the responsibility for (1) the loss of or damage to the work resulting from the PHA's possession or use, notwithstanding the terms of the clause entitled Permits and Codes herein; (2) all maintenance costs on the areas occupied; and, (3) furnishing heat, light, power, and water used in the areas occupied without proper remuneration therefor. If prior possession or use by the PHA delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

## 22. Warranty of Title

The Contractor warrants good title to all materials, supplies, and equipment incorporated in the work and agrees to deliver the premises together with all improvements thereon free from any claims, liens or charges, and agrees further that neither it nor any other person, firm or corporation shall have any right to a lien upon the premises or anything appurtenant thereto.

## 23. Warranty of Construction

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (j) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or workmanship performed by the Contractor or any subcontractor or supplier at any tier. This warranty shall continue for a period of *ONE* (one year unless otherwise indicated) from the date of final acceptance of the work. If the PHA takes possession of any part of the work before final acceptance, this warranty shall continue for a period of (one year unless otherwise indicated) from the date that the PHA takes possession.

Case 1:04-cv-11901-MLW Document 26-2 Filed 01/21/2005 Page 34 of 39

(b) The Contractor shall remedy, at the Contractor's expense, any failure to conform or any defect of work for which the Contractor is responsible, as described in this clause. The Contractor shall remedy, at the Contractor's expense, any damage to PHA-owned or controlled real·or personal property when the damage is the result of—

  (1) The Contractor's failure to conform to contract requirements; or

  (2) Any defects of equipment, material, workmanship or design furnished by the Contractor.

(c) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for (one year unless otherwise indicated) from the date of repair or replacement.

(d) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect or damage.

(e) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the PHA shall have the right to replace, repair or otherwise remedy the failure, defect, or damage at the Contractor's expense.

(f) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall:

  (1) Obtain all warranties that would be given in normal commercial practice;

  (2) Require all warranties to be executed in writing, for the benefit of the PHA; and,

  (3) Enforce all warranties for the benefit of the PHA.

(g) In the event the Contractor's warranty under paragraph (a) of this clause has expired, the PHA may bring suit at its own expense to enforce a subcontractor's, manufacturer's or supplier's warranty.

(h) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defect of material or design furnished by the PHA nor for the repair of any damage that results from any defect in PHA furnished material or design.

(i) Notwithstanding any provisions herein to the contrary, the establishment of the time periods in paragraphs (a) and (c) above relate only to the specific obligation of the Contractor to correct the work, and have no relationship to the time within which its obligation to comply with the contract may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to its obligation other than specifically to correct the work.

(j) This warranty shall not limit the PHA's rights under the Inspection and Acceptance of Construction clause of this contract with respect to latent defects, gross mistakes or fraud.

## 24. Prohibition Against Liens

The Contractor is prohibited from placing a lien on the PHA's property. This prohibition shall apply to all subcontractors at any tier and all materials suppliers.

**Administrative Requirements**

## 25. Contract Period

The Contractor shall complete all work required under this contract within ±5 calendar days of the effective date of the contract, or within the time schedule established in the notice to proceed issued by the Contracting Officer.

## 26. Order of Precedence

In the event of a conflict between these General Conditions and the Specifications, the General Conditions shall prevail. In the event of a conflict between the contract and any applicable state or local law or regulation, the state or local law or regulation shall prevail; provided that such state or local law or regulation does not conflict with, or is less restrictive than applicable federal law, regulation, or Executive Order. In the event of such a conflict, applicable federal law, regulation, and Executive Order shall prevail.

## 27. Payments

(a) The PHA shall pay the Contractor the price as provided in this contract.

(b) The PHA shall make progress payments approximately every 30 days as the work proceeds, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer. The PHA may, subject to written determination and approval of the Contracting Officer, make more frequent payments to contractors which are qualified small businesses.

(c) Before the first progress payment under this contract, the Contractor shall furnish, in such detail as requested by the Contracting Officer, a breakdown of the total contract price showing the amount included therein for each principal category of the work, which shall substantiate the payment amount requested in order to provide a basis for determining progress payments. The breakdown shall be approved by the Contracting Officer and must be acceptable to HUD. If the contract covers more than one project, the Contractor shall furnish a separate breakdown for each. The values and quantities employed in making up this breakdown are for determining the amount of progress payments and shall not be construed as a basis for additions to or deductions from the contract price. The Contractor shall prorate its overhead and profit over the construction period of the contract.

(d) The Contractor shall submit, on forms provided by the PHA, periodic estimates showing the value of the work performed during each period based upon the approved breakdown of the contract price. Such estimates shall be submitted not later than (10) TEN days in advance of the date set for payment and are subject to correction and revision as required. The estimates must be approved by the Contracting Officer with the concurrence of the Architect prior to payment. If the contract covers more than one project, the Contractor shall furnish a separate progress payment estimate for each.

(e) Along with each request for progress payments and the required estimates, the Contractor shall furnish the following certification, or payment shall not be made:

I hereby certify, to the best of my knowledge and belief, that:

  (1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

Case 2:04-cv-02489-JWL Document 8-2 Filed 01/27/2005 Page 35 of 77

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements; and,

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: _____

Title: _____

Date: _____

(f) Except as otherwise provided in State law, the PHA shall retain ten (10) percent of the amount of progress payments until completion and acceptance of all work under the contract; except, that if upon completion of 50 percent of the work, the Contracting Officer, after consulting with the Architect, determines that the Contractor's performance and progress are satisfactory, the PHA may make the remaining payments in full for the work subsequently completed. If the Contracting Officer subsequently determines that the Contractor's performance and progress are unsatisfactory, the PHA shall reinstate the ten (10) percent (or other percentage as provided in State law) retainage until such time as the Contracting Officer determines that performance and progress are satisfactory.

(g) The Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration when computing progress payments. Material delivered to the Contractor at locations other than the site may also be taken into consideration if the Contractor furnishes satisfactory evidence that (1) it has acquired title to such material; (2) the material is properly stored in a bonded warehouse, storage yard, or similar suitable place as may be approved by the Contracting Officer; (3) the material is insured to cover its full value; and (4) the material will be used to perform this contract. Before any progress payment which includes delivered material is made, the Contractor shall furnish such documentation as the Contracting Officer may require to assure the protection of the PHA's interest in such materials. The Contractor shall remain responsible for such stored material notwithstanding the transfer of title to the PHA.

(h) All material and work covered by progress payments made shall, at the time of payment become the sole property of the PHA, but this shall not be construed as (1) relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or, (2) waiving the right of the PHA to

require the fulfillment of all of the terms of the contract. In the event the work of the Contractor has been damaged by other contractors or persons other than employees of the PHA in the course of their employment, the Contractor shall restore such damaged work without cost to the PHA and to seek redress for its damage only from those who directly caused it.

(i) The PHA shall make the final payment due the Contractor under this contract after (1) completion and final acceptance of all work; and (2) presentation of release of all claims against the PHA arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. Each such exception shall embrace no more than one claim, the basis and scope of which shall be clearly defined. The amounts for such excepted claims shall not be included in the request for final payment. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned.

(j) Prior to making any payment, the Contracting Officer may require the Contractor to furnish receipts or other evidence of payment from all persons performing work and supplying material to the Contractor, if the Contracting Officer determines such evidence is necessary to substantiate claimed costs.

(k) The PHA shall not (1) determine or adjust any claims for payment or disputes arising thereunder between the Contractor and its subcontractors or material suppliers; or, (2) withhold any moneys for the protection of the subcontractors or material suppliers. The failure or refusal of the PHA to withhold moneys from the Contractor shall in nowise impair the obligations of any surety or sureties under any bonds furnished under this contract.

### 28. Contract Modifications

(a) Only the Contracting Officer has authority to modify any term or condition of this contract. Any contract modification shall be authorized in writing.

(b) The Contracting Officer may modify the contract unilaterally (1) pursuant to a specific authorization stated in a contract clause (e.g., Changes); or (2) for administrative matters which do not change the rights or responsibilities of the parties (e.g., change in the PHA address). All other contract modifications shall be in the form of supplemental agreements signed by the Contractor and the Contracting Officer.

(c) When a proposed modification requires the approval of HUD prior to its issuance (e.g., a change order that exceeds the PHA's approved threshold), such modification shall not be effective until the required approval is received by the PHA.

### 29. Changes

(a) The Contracting Officer may, at any time, without notice to the sureties, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract including changes:
  (1) In the specifications (including drawings and designs);
  (2) In the method or manner of performance of the work;
  (3) PHA-furnished facilities, equipment, materials, services, or site; or,
  (4) Directing the acceleration in the performance of the work.

Case 1:04-cv-12495-RWZ Document 8 Filed 01/21/2005 Page 5 of 39

(b) Any other written order or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating (1) the date, circumstances and source of the order and (2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no proposal for any change under paragraph (b) above shall be allowed for any costs incurred more than 20 days (5 days for oral orders) before the Contractor gives written notice as required. In the case of defective specifications for which the PHA is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after (1) receipt of a written change order under paragraph (a) of this clause, or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting a written statement describing the general nature and the amount of the proposal. If the facts justify it, the Contracting Officer may extend the period for submission. The proposal may be included in the notice required under paragraph (b) above. No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

(f) The Contractor's written proposal for equitable adjustment shall be submitted in the form of a lump sum proposal supported with an itemized breakdown of all increases and decreases in the contract in at least the following details:

(1) Direct Costs. Materials (list individual items, the quantity and unit cost of each, and the aggregate cost); Transportation and delivery costs associated with materials; Labor breakdowns by hours or unit costs (identified with specific work to be performed); Construction equipment exclusively necessary for the change; Costs of preparation and/or revision to shop drawings resulting from the change; Worker's Compensation and Public Liability Insurance; Employment taxes under FICA and FUTA; and, Bond Costs - when size of change warrants revision.

(2) Indirect Costs. Indirect costs may include overhead, general and administrative expenses, and fringe benefits not normally treated as direct costs.

(3) Profit. The amount of profit shall be negotiated and may vary according to the nature, extent, and complexity of the work required by the change.

The allowability of the direct and indirect costs shall be determined in accordance with the Contract Cost Principles and Procedures for Commercial Firms in Part 31 of the Federal Acquisition Regulation (48 CFR 1-31) as implemented by HUD Handbook 2210.18, in effect on the date of this contract. The Contractor shall not be allowed a profit on the profit received by any subcontractor. Equitable adjustments for deleted work shall include a credit for profit and may include a credit for indirect costs. On proposals covering both increases and decreases in the amount of the contract, the application of indirect costs and profit shall be on the net-change in direct costs for the Contractor or subcontractor performing the work.

(g) The Contractor shall include in the proposal its request for time extension (if any), and shall include sufficient information and dates to demonstrate whether and to what extent the change will delay the completion of the contract in its entirety.

(h) The Contracting Officer shall act on proposals within 30 days after their receipt, or notify the Contractor of the date when such action will be taken.

(i) Failure to reach an agreement on any proposal shall be a dispute under the clause entitled Disputes herein. Nothing in this clause, however, shall excuse the Contractor from proceeding with the contract as changed.

(j) Except in an emergency endangering life or property, no change shall be made by the Contractor without a prior order from the Contracting Officer.

## 30. Suspension of Work

(a) The Contracting Officer may order the Contractor in writing to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the PHA.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified (or within a reasonable time if not specified) in this contract an adjustment shall be made for any increase in the cost of performance of the contract (excluding profit) necessarily caused by such unreasonable suspension, delay, or interruption and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor or for which any equitable adjustment is provided for or excluded under any other provision of this contract.

(c) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order); and, (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

## 31. Disputes

(a) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to the contract. A claim arising under the contract, unlike a claim relating to the contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim. The submission may be converted to a claim by complying with the requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(b) Except for disputes arising under the clauses entitled *Labor Standards and Labor Standards- Nonroutine Maintenance*, herein, all disputes arising under or relating to this contract, including any claims for damages for the alleged breach thereof which are not disposed of by agreement, shall be resolved under this clause.

(c) All claims by the Contractor shall be made in writing and submitted to the Contracting Officer for a written decision. A claim by the PHA against the Contractor shall be subject to a written decision by the Contracting Officer.

(d) The Contracting Officer shall, within 60 (unless otherwise indicated) days after receipt of the request, decide the claim or notify the Contractor of the date by which the decision will be made.

(e) The Contracting Officer's decision shall be final unless the Contractor (1) appeals in writing to a higher level in the PHA in accordance with the PHA's policy and procedures, (2) refers the appeal to an independent mediator or arbitrator, or (3) files suit in a court of competent jurisdiction. Such appeal must be made within (30 unless otherwise indicated) days after receipt of the Contracting Officer's decision.

(f) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under or relating to the contract, and comply with any decision of the Contracting Officer.

## 32. Default

(a) If the Contractor refuses or fails to prosecute the work, or any separable part thereof, with the diligence that will insure its completion within the time specified in this contract, or any extension thereof, or fails to complete said work within this time, the Contracting Officer may, by written notice to the Contractor, terminate the right to proceed with the work (or separable part of the work) that has been delayed. In this event, the PHA may take over the work and complete it, by contract or otherwise, and may take possession of and use any materials, equipment, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the PHA resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the PHA in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause if—

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God, or of the public enemy, (ii) acts of the PHA or other governmental entity in either its sovereign or contractual capacity, (iii) acts of another contractor in the performance of a contract with the PHA, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within days (10 days unless otherwise indicated) from the beginning of such delay (unless extended by the Contracting Officer) notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of the delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, time for completing the work shall be extended by written modification to the contract. The findings of the Contracting Officer shall be reduced to a written decision which shall be subject to the provisions of the *Disputes* clause of this contract.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been for convenience of the PHA.

## 33. Liquidated Damages

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, as specified in the clause entitled *Default* of this contract, the Contractor shall pay to the PHA as liquidated damages, the sum of $ __1 0 0 . 0 0__ [Contracting Officer insert amount] for each day of delay. If different completion dates are specified in the contract for separate parts or stages of the work, the amount of liquidated damages shall be assessed on those parts or stages which are delayed. To the extent that the Contractor's delay or nonperformance is excused under another clause in this contract, liquidated damages shall not be due the PHA. The Contractor remains liable for damages caused other than by delay.

(b) If the PHA terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the PHA in completing the work.

(c) If the PHA does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

## 34. Termination for Convenience

(a) The Contracting Officer may terminate this contract in whole or in part, whenever the Contracting Officer determines that such termination is in the best interest of the PHA. Any such termination shall be effected by delivery to the Contractor of a Notice of Termination specifying the extent to which performance of the work under the contract is terminated, and the date upon which such termination becomes effective.

(b) If the performance of the work is terminated, either in whole or in part, the PHA shall be liable to the Contractor for reasonable and proper costs resulting from such termination upon the receipt by the PHA of a properly presented claim setting out in detail: (1) the total cost of the work performed to date of termination less the total amount of contract payments made to the Contractor; (2) the cost (including reasonable profit) of settling and paying claims under subcontracts and material orders for work performed and materials and supplies delivered to the site, payment for which has not been made by the PHA to the Contractor or by the Contractor to the subcontractor or supplier; (3) the cost of preserving and protecting the work already performed until the PHA or assignee takes possession thereof or assumes responsibility therefor; (4) the actual or estimated cost of legal and accounting services reasonably necessary to prepare and present the termination claim to the PHA; and (5) an amount constituting a reasonable profit on the value of the work performed by the Contractor.

(c) The Contracting Officer will act on the Contractor's claim within days (60 days unless otherwise indicated) of receipt of the Contractor's claim.

(d) Any disputes with regard to this clause are expressly made subject to the provisions of the *Disputes* clause of this contract.

## 35. Assignment of Contract

The Contractor shall not assign or transfer any interest in this contract; except that claims for monies due or to become due from the PHA under the contract may be assigned to a bank, trust company, or other financial institution. Such assignments of claims shall only be made with the written concurrence of the Contracting Officer. If the Contractor is a partnership, this contract shall inure to the benefit of the surviving or remaining member(s) of such partnership as approved by the Contracting Officer.

## 36. Insurance

(a) Before commencing work, the Contractor and each subcontractor shall furnish the PHA with certificates of insurance showing the following insurance is in force and will insure all operations under the Contract:
   (1) Workers' Compensation, in accordance with state or Territorial Workers' Compensation laws.
   (2) Commercial General Liability with a combined single limit for bodily injury and property damage of not less than $ 1,000,000 [Contracting Officer insert amount] per occurrence to protect the Contractor and each subcontractor against claims for bodily injury or death and damage to the property of others. This shall cover the use of all equipment, hoists, and vehicles on the site(s) not covered by Automobile Liability under (3) below. If the Contractor has a "claims-made" policy, then the following additional requirements apply: the policy must provide a "retroactive date" which must be on or before the execution date of the Contract; and the extended reporting period may not be less than five years following the completion date of the Contract.
   (3) Automobile Liability on owned and non-owned motor vehicles used on the site(s) or in connection therewith for a combined single limit for bodily injury and property damage of not less than $ 1,000,000 [Contracting Officer insert amount] per occurrence.

(b) Before commencing work, the Contractor shall furnish the PHA with a certificate of insurance evidencing that Builder's Risk (fire and extended coverage) Insurance on all work in place and/or materials stored at the building site(s), including foundations and building equipment, is in force. The Builder's Risk Insurance shall be for the benefit of the Contractor and the PHA as their interests may appear and each shall be named in the policy or policies as an insured. The Contractor in installing equipment supplied by the PHA shall carry insurance on such equipment from the time the Contractor takes possession thereof until the Contract work is accepted by the PHA. The Builder's Risk Insurance need not be carried on excavations, piers, footings, or foundations until such time as work on the super-structure is started. It need not be carried on landscape work. Policies shall furnish coverage at all times for the full cash value of all completed construction, as well as materials in place and/or stored at the site(s), whether or not partial payment has been made by the PHA. The Contractor may terminate this insurance on buildings as of the date taken over for occupancy by the PHA. The Contractor is not required to carry Builder's Risk Insurance for modernization work which does not involve structural alterations or additions and where the PHA's existing fire and extended coverage policy can be endorsed to include such work.

(c) All insurance shall be carried with companies which are financially responsible and admitted to do business in the State in which the project is located. If any such insurance is due to expire during the construction period, the Contractor (including subcontractors, as applicable) shall not permit the coverage to lapse and shall furnish evidence of coverage to the Contracting Officer. All certificates of insurance, as evidence of coverage, shall provide that no coverage may be canceled or non-renewed by the insurance company until at least 30 days prior written notice has been given to the Contracting Officer.

## 37. Subcontracts

(a) Definitions. As used in this contract –
   (1) "Subcontract" means any contract, purchase order, or other purchase agreement, including modifications and change orders to the foregoing, entered into by a subcontractor to furnish supplies, materials, equipment, and services for the performance of the prime contract or a subcontract.

Case 1:04-cv-12485-RWZ   Document 8-2   Filed 01/21/2005   Page 13 of 29

Case 1:04-cv-12458-RWZ Document 8-2 Filed 01/21/2005 Page 8 of 29

(2) "Subcontractor" means any supplier, vendor, or firm that furnishes supplies, materials, equipment, or services to or for the Contractor or another subcontractor.

(b) The Contractor shall not enter into any subcontract with any subcontractor who has been temporarily denied participation in a HUD program or who has been suspended or debarred from participating in contracting programs by any agency of the United States Government or of the state in which the work under this contract is to be performed.

(c) The Contractor shall be as fully responsible for the acts or omissions of its subcontractors, and of persons either directly or indirectly employed by them as for the acts or omissions of persons directly employed by the Contractor.

(d) The Contractor shall insert appropriate clauses in all subcontracts to bind subcontractors to the terms and conditions of this contract insofar as they are applicable to the work of subcontractors.

(e) Nothing contained in this contract shall create any contractual relationship between any subcontractor and the PHA or between the subcontractor and HUD.

## 38. Subcontracting with Small and Minority Firms, Women's Business Enterprise, and Labor Surplus Area Firms

<The Contractor shall take the following steps to ensure that, whenever possible, subcontracts are awarded to small business firms, minority firms, women's business enterprises, and labor surplus area firms:

(a) Placing qualified small and minority businesses and women's business enterprises on solicitation lists;

(b) Ensuring that small and minority businesses and women's business enterprises are solicited whenever they are potential sources;

(c) Dividing total requirements, when economically feasible, into smaller tasks or quantities to permit maximum participation by small and minority businesses and women's business enterprises;

(d) Establishing delivery schedules, where the requirements of the contract permit, which encourage participation by small and minority businesses and women's business enterprises; and

(e) Using the services and assistance of the U.S. Small Business Administration, the Minority Business Development Agency of the U.S. Department of Commerce, and State and local governmental small business agencies.

## 39. Equal Employment Opportunity

During the performance of this contract, the Contractor agrees as follows:

(a) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, national origin, or handicap.

(b) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, national origin, or handicap. Such action shall include, but not be limited to, (1) employment, (2) upgrading, (3) demotion, (4) transfer, (5) recruitment or recruitment advertising, (6) layoff or termination, (7) rates of pay or other forms of compensation, and (8) selection for training, including apprenticeship.

(c) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(d) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, or handicap.

(e) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(f) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(g) The Contractor shall furnish all information and reports required by Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, and by rules, regulations, and orders of the Secretary of Labor, or pursuant thereto. The Contractor shall permit access to its books, records, and accounts by the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

(h) In the event of a determination that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part, and the Contractor may be declared ineligible for further Government contracts, or Federally assisted construction contracts under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended, the rules, regulations, and orders of the Secretary of Labor, or as otherwise provided by law.

(i) The Contractor shall include the terms and conditions of this clause in every subcontract or purchase order unless exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor. The Contractor shall take such action with respect to any subcontract or purchase order as the Secretary of Housing and Urban Development or the Secretary of Labor may direct as a means of enforcing such provisions, including sanctions for noncompliance; provided that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(j) Compliance with the requirements of this clause shall be to the maximum extent consistent with, but not in derogation of, compliance with section 7(b) of the Indian Self-Determination and Education Assistance Act and the *Indian Preference* clause of this contract.

## 40. Employment, Training, and Contracting Opportunities for Low-Income Persons, Section 3 of the Housing and Urban Development Act of 1968.

(a) The work to be performed under this contract is subject to the requirements of section 3 of the Housing and Urban Development Act of 1968, as amended, 12 U.S.C. 1701u (section 3). The purpose of section 3 is to ensure that employment and other economic opportunities generated by HUD assistance or HUD-assisted projects covered by section 3, shall, to the greatest extent feasible, be directed to low- and very low-income persons, particularly persons who are recipients of HUD assistance for housing.

(b) The parties to this contract agree to comply with HUDs regulations in 24 CFR part 135, which implement section 3. As evidenced by their execution of this contract, the parties to this contract certify that they are under no contractual or other impediment that would prevent them from complying with the part 135 regulations.

(c) The contractor agrees to send to each labor organization or representative of workers with which the contractor has a collective bargaining agreement or other understanding, if any, a notice advising the labor organization or workers representative of the contractors commitments under this section 3 clause, and will post copies of the notice in conspicuous places at the work site where both employees and applicants for training and employment positions can see the notice. The notice shall describe the section 3 preference, shall set forth minimum number and job titles subject to hire, availability of apprenticeship and training positions, the qualifications for each; and the name and location of the person(s) taking applications for each of the positions; and the anticipated date the work shall begin.

(d) The contractor agrees to include this section 3 clause in every subcontract subject to compliance with regulations in 24 CFR part 135, and agrees to take appropriate action, as provided in an applicable provision of the subcontract or in this section 3 clause, upon a finding that the subcontractor is in violation of the regulations in 24 CFR part 135. The contractor will not subcontract with any subcontractor where the contractor has notice or knowledge that the subcontractor has been found in violation of the regulations in 24 CFR part 135.

(e) The contractor will certify that any vacant employment positions, including training positions, that are filled (1) after the contractor is selected but before the contract is executed, and (2) with persons other than those to whom the regulations of 24 CFR part 135 require employment opportunities to be directed, were not filled to circumvent the contractors obligations under 24 CFR part 135.

(f) Noncompliance with HUDs regulations in 24 CFR part 135 may result in sanctions, termination of this contract for default, and debarment or suspension from future HUD assisted contracts.

(g) Pursuant to 24 CFR 905.170(b), compliance with Section 3 requirements shall be to the maximum extent consistent with, but not in derogation of compliance with section 7(b) of the Indian Self-Determination and Education Assistance, 25 U.S.C. section 450e(b) when this law is applicable.

## 41. Interest of Members of Congress

No member of or delegate to the Congress of the United States of America shall be admitted to any share or part of this contract or to any benefit that may arise therefrom.

## 42. Interest of Members, Officers, or Employees and Former Members, Officers, or Employees

No member, officer, or employee of the PHA, no member of the governing body of the locality in which the project is situated, no member of the governing body of the locality in which the PHA was activated, and no other public official of such locality or localities who exercises any functions or responsibilities with respect to the project, shall, during his or her tenure, or for one year thereafter, have any interest, direct or indirect, in this contract or the proceeds thereof.

## 43. Limitations on Payments made to Influence Certain Federal Financial Transactions

(a) The Contractor agrees to comply with Section 1352 of title 31, United States Code which prohibits the use of Federal appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, and officer or employee of Congress, or an employee of a Member of Congress in connection with any of the following covered Federal actions: the awarding of any Federal contract; the making of any Federal grant; the making of any Federal loan; the entering into of any cooperative agreement; or the modification of any Federal contract, grant, loan, or cooperative agreement.

(b) The Contractor further agrees to comply with the requirement of the Act to furnish a disclosure (OMB Standard Form LLL, Disclosure of Lobbying Activities) if any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a Federal contract, grant, loan, or cooperative agreement.

## 44. Royalties and Patents

The Contractor shall pay all royalties and license fees. It shall defend all suits or claims for infringement of any patent rights and shall save the PHA harmless from loss on account thereof; except that the PHA shall be responsible for all such loss when a particular design, process or the product of a particular manufacturer or manufacturers is specified and the Contractor has no reason to believe that the specified design, process, or product is an infringement. If, however, the Contractor has reason to believe that any design, process or product specified is an infringement of a patent, the Contractor shall promptly notify the Contracting Officer. Failure to give such notice shall make the Contractor responsible for resultant loss.

## 45. Examination and Retention of Contractor's Records

(a) The PHA, HUD, or Comptroller General of the United States, or any of their duly authorized representatives shall, until 3 years after final payment under this contract, have access to

Case 1:04-cv-12485-RWZ Document 8-2 Filed 05/17/2005 Page 16 of 19

and the right to examine any of the Contractor's directly pertinent books, documents, papers, or other records involving transactions related to this contract for the purpose of making audit, examination, excerpts, and transcriptions.

(b) The Contractor agrees to include in first-tier subcontracts under this contract a clause substantially the same as paragraph (a) above. "Subcontract," as used in this clause, excludes purchase orders not exceeding $10,000.

(c) The periods of access and examination in paragraphs (a) and (b) above for records relating to (1) appeals under the *Disputes* clause of this contract, (2) litigation or settlement of claims arising from the performance of this contract, or (3) costs and expenses of this contract to which the PHA, HUD, or Comptroller General or any of their duly authorized representatives has taken exception shall continue until disposition of such appeals, litigation, claims, or exceptions.

## 46. Labor Standards - Davis-Bacon and Related Acts

If the total amount of this contract exceeds $2,000, the Federal labor standards set forth in the clause below shall apply to the construction work to be performed under the contract, except if the construction work has been determined to be "Nonroutine Maintenance" subject to the terms of that clause of this contract.

(a) Minimum Wages.

(1) All laborers and mechanics employed or working upon the site of the work (or, under the United States Housing Act of 1937 or under the Housing Act of 1949, in the construction or development of the project) will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the Contractor and such laborers and mechanics. Contributions made or costs reasonably anticipated for bona fide fringe benefits under Section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of 29 CFR 5.5(a)(1)(iv); also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs, which cover the regular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid not less than the appropriate wage rate and fringe benefits in the wage determination for the classification of work actually performed, without regard to skill, except as provided in 29 CFR Part 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; pro-

vided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under 29 CFR 5.5(a)(1)(ii) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(2) (i) Any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. HUD shall approve an additional classification and wage rate and fringe benefits therefor only when all the following criteria have been met:

(A) The work to be performed by the classification requested is not performed by a classification in the wage determination;

(B) The classification is utilized in the area by the construction industry; and

(C) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(ii) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and HUD or its designee agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by HUD or its designee to the Administrator of the Wage and Hour Division, Employee Standards Administration, U.S. Department of Labor, Washington, DC 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise HUD or its designee or will notify HUD or its designee within the 30-day period that additional time is necessary.

(iii) In the event the Contractor, the laborers or mechanics to be employed in the classification or their representatives, and HUD or its designee do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), HUD or its designee shall refer the questions, including the views of all interested parties and the recommendation of HUD or its designee, to the Administrator of the Wage and Hour Division for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise HUD or its designee or will notify HUD or its designee within the 30-day period that additional time is necessary.

(iv) The wage rate (including fringe benefits where appropriate) determined pursuant to subparagraphs (b)(2)(ii) or (iii) of this clause shall be paid to all workers performing work in the classification under

this contract from the first day on which work is performed in the classification.

(3) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(4) If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program; *provided*, that the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(b) **Withholding of funds.** HUD or its designee shall, upon its own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same prime Contractor, or any other Federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work (or, under the United States Housing Act of 1937 or under the Housing Act of 1949, in the construction or development of the project), all or part of the wages required by the contract, HUD or its designee may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased. HUD or its designee may, after written notice to the Contractor, disburse such amounts withheld for and on account of the Contractor or subcontractor to the respective employees to whom they are due. The Comptroller General shall make such disbursements in the case of direct Davis-Bacon Act contracts.

(c) **Payrolls and basic records.** (1) Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work (or, under the United States Housing Act of 1937 or under the Housing Act of 1949, in the construction or development of the project). Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made, and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has found, under 29 CFR 5.5(a)(1)(iv), that the wages of any laborer or mechanic include the amount of costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(2) (i) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer for transmission to HUD or its designee. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under subparagraph (c)(1) of this clause. This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. The prime Contractor is responsible for the submission of copies of payrolls by all subcontractors.

(ii) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(A) That the payroll for the payroll period contains the information required to be maintained under paragraph (c)(1) of this clause and that such information is correct and complete;

(B) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in 29 CFR Part 3; and

(C) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(iii) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirements for submission of the "Statement of Compliance" required by subparagraph (c)(2)(ii) of this clause.

Case 1:02-cv-02485-RMU Document 8-2 Filed 01/21/2003 Page 18 of 20

(iv) The falsification of any of the above certifications may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

(3) The Contractor or subcontractor shall make the records required under subparagraph (d)(1) available for inspection, copying, or transcription by authorized representatives of HUD or its designee, the Contracting Officer, or the Department of Labor and shall permit such representatives to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit the required records or to make them available, HUD or its designee may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(d) (1) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in this paragraph, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator of the Wage and Hour Division determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(2) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(3) Equal employment opportunity. The utilization of apprentices, trainees, and journeymen under this clause shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

(e) Compliance with Copeland Act requirements. The Contractor shall comply with the requirements of 29 CFR Part 3, which are hereby incorporated by reference in this contract.

Case 1:04-cv-12485-RWZ   Document 84-2   Filed 11/21/2005   Page 13 of 20

(f) **Contract termination; debarment.** A breach of this contract clause may be grounds for termination of the contract, and for debarment as a Contractor and a subcontractor as provided in 29 CFR 5.12.

(g) **Compliance with Davis-Bacon and related Act requirements.** All rulings and interpretations of the Davis-Bacon and related Acts contained in 29 CFR Parts 1, 3, and 5 are herein incorporated by reference in this contract.

(h) **Disputes concerning labor standards.** Disputes arising out of the labor standards provisions of this clause shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the PHA, HUD, the U.S. Department of Labor, or the employees or their representatives.

(i) **Certification of eligibility.** (1) By entering into this contract, the Contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the Contractor's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(2) No part of this contract shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(3) The penalty for making false statements is prescribed in the U. S. Criminal Code, 18 U.S.C. 1001.

(j) **Contract Work Hours and Safety Standards Act.** As used in this paragraph, the terms "laborers" and "mechanics" include watchmen and guards.

(1) **Overtime requirements.** No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics, including watchmen and guards, shall require or permit any such laborer or mechanic in any workweek in which the individual is employed on such work to work in excess of 40 hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of 40 hours in such workweek.

(2) **Violation; liability for unpaid wages; liquidated damages.** In the event of any violation of the provisions set forth in subparagraph (j)(1) of this clause, the Contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such Contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic (including watchmen and guards) employed in violation of the provisions set forth in subparagraph (j)(1) of this clause, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of 40 hours without payment of the overtime wages required by provisions set

forth in subparagraph (j)(1) of this clause.

(2) **Withholding for unpaid wages and liquidated damages.** HUD or its designee shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the Contractor or subcontractor under any such contract or any Federal contract with the same prime Contractor, or any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime Contractor such sums as may be determined to be necessary to satisfy any liabilities of such Contractor or subcontractor for unpaid wages and liquidated damages as provided in the provisions set forth in subparagraph (j)(2) of this clause.

(k) **Subcontracts.** The Contractor or subcontractor shall insert in any subcontracts all the provisions contained in this clause, and such other clauses as HUD or its designee may by appropriate instructions require, and also a clause requiring the subcontractors to include these provisions in any lower tier subcontracts. The prime Contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all these provisions.

---

**[ ] 47. Labor Standards-Non-routine Maintenance**

*(If checked,* for contracts exceeding $2,000, HUD has determined that the construction covered by this contract consists of non-routine maintenance (as defined in 24 CFR 968.203) necessary for the operation of the Public Housing project; and the labor standards set forth below and the provisions of Section 12 of the United States Housing Act of 1937 which pertain to such work shall apply. Clause 46 does not apply to this contract.)

(a) **Minimum Wages.** (1) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3), the full amount of wages due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Housing and Urban Development which is attached hereto and made a part hereof. Such laborers and mechanics shall be paid the appropriate wage rate on the wage determination for the classification of work actually performed, without regard to skill. Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; provided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination shall be posted at all times by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(2) (i) Any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. HUD shall

---

approve an additional classification and wage rate only when the following criteria have been met:

    (A)    The work to be performed by the classification required is not performed by a classification in the wage determination;

    (B)    The classification is utilized in the area by the industry; and

    (C)    The proposed wage rate bears a reasonable relationship to the wage rates contained in the wage determination.

    (ii) The wage rate determined pursuant to this paragraph shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(b) **Withholding of funds.** The Contracting Officer, upon his or her own action or upon request of HUD shall withhold or cause to be withheld from the Contractor under this contract or any other contract subject to HUD-determined wage rates, with the same prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics employed by the Contractor or any subcontractor the full amount of wages required by this clause. In the event of failure to pay any laborer or mechanic employed or working on the site of the work all or part of the wages required by the contract, the Contracting Officer or HUD may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, or advance, until such violations have ceased. The PHA or HUD may, after written notice to the Contractor, disburse such amounts withheld for and on account of the Contractor or subcontractor to the respective employees to whom they are due.

(c) **Payrolls and basic records.**

    (1) Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid.

    (2) (i) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under subparagraph (d)(1) above. This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. The prime Contractor is responsible for the submission of copies of payrolls by all subcontractors. (Approved by the OMB under OMB control number 1215-0149).

    (ii) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the Federal Davis-Bacon and specify the following:

    (A)    that the payroll for the payroll period contains the information required to be maintained under subparagraph (c)(1) of this clause and that such information is correct and complete;

    (B)    that each laborer or mechanic employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in 29 CFR Part 3; and

    (C)    that each laborer or mechanic has been paid not less than the applicable wage rates for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

    (iii) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirements for submission of the "Statement of compliance" required by subparagraph (c)(2)(ii) of this clause.

    (iv)    The falsification of any of the above certifications may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

    (3) The Contractor or subcontractor shall make the records required under subparagraph (c)(1) available for inspection, copying, or transcription by authorized representatives of HUD or the PHA and shall permit such representatives to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit the required records or to make them available, HUD or its designee may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment or denial of participation in HUD's programs pursuant to 24 CFR Part 24.

(d) **Compliance with Copeland Act requirements.** The Contractor shall comply with the requirements of 29 CFR Part 3 which are incorporated by reference in this contract.

(e) **Contract termination; debarment.** A breach of this contract clause may be grounds for termination of the contract and for debarment as a Contractor and a subcontractor as provided in 24 CFR Part 24.

(f) **Disputes concerning labor standards.**

    (1) Disputes arising out of the labor standards provisions of paragraphs (a), (b), (c), and (e) of this clause shall be subject to the general disputes clause of this contract.

    (2) Disputes arising out of the labor standards provisions of paragraphs (d), and (g) of this clause shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this paragraph (f)(2) in-

Case 1:12-cv-02495-LDW Document 1-3 Filed 04/26/2006 Page 5 of 29

clude disputes between the Contractor (or any of its sub-contractors) and the PHA, HUD, the U.S. Department of Labor, or the employees or their representatives.

(g) Contract Work Hours and Safety Standards Act. As used in this paragraph, the terms "laborers" and "mechanics" include watchmen and guards.

(1) Overtime requirements. No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which the individual is employed on such work to work in excess of 40 hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of 40 hours in such workweek.

(2) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the provisions set forth in subparagraph (g)(1) of this clause, the Contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such Contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the provisions set forth in subparagraph (g)(1) of this clause, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of 40 hours without payment of the overtime wages required by provisions set forth in subparagraph (g)(1) of this clause.

(3) Withholding for unpaid wages and liquidated damages. HUD or its designee shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the Contractor or subcontractor under any such contract or any federal contract with the same prime Contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime Contractor such sums as may be determined to be necessary to satisfy any liabilities of such Contractor or subcontractor for unpaid wages and liquidated damages as provided in the provisions set forth in subparagraph (g)(2) of this clause.

(h) Subcontracts. The Contractor or subcontractor shall insert in any subcontracts all the provisions contained in this clause and also a clause requiring the subcontractors to include these provisions in any lower tier subcontracts. The prime Contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the provisions contained in this clause.

## 48. Non-Federal Prevailing Wage Rates

Any prevailing wage rate (including basic hourly rate and any fringe benefits), determined under State or tribal law to be prevailing, with respect to any employee in any trade or position employed under the contract, is inapplicable to the contract and shall not be enforced against the Contractor or any subcontractor, with respect to employees engaged under the contract whenever either of the following occurs:

(1) Such non-Federal prevailing wage rate exceeds: (A) the applicable wage rate determined by the Secretary of Labor pursuant to the Davis-Bacon Act (40 U.S.C. 276a et seq) to be prevailing in the locality with respect to such trade; (B) an applicable apprentice wage rate based thereon specified in an apprenticeship program registered with the U.S. Department of Labor or a DOL-recognized State Apprenticeship Agency; or (C) an applicable trainee wage rate based thereon specified in a DOL-certified trainee program; or

(2) Such non-Federal prevailing wage rate, exclusive of any fringe benefits, exceeds the applicable wage rate determined by the Secretary of HUD to be prevailing in the locality with respect to such trade or position.

THIS AGREEMENT, designed this _____ day of _____ in the year Two Thousand and _____, by and between _____ hereinafter called the "Contractor", and the Medford Housing Authority, a public body, politic and corporate, organized and existing under the Housing Authority Law of the Commonwealth of Massachusetts, hereinafter called the "Authority".

WITNESSETH, this the Contractor and the Authority for the consideration stated herein agree as follows:

Article 1. Statement of Work: The Contractor shall furnish all labor, materials, equipment, services and insurance, and perform and complete all work, required by and in strict accordance with the Specifications 15-6 Fire Protection Upgrade Medford, Massachusetts dated          ·          and the addenda thereto numbered _____ and _____ ,and the Drawings referred to therein, all as prepared by LVR . _____ Corporation, said Specification, addenda and Drawings are incorporated herein by reference and are made a part hereof.

Article 2. Time of Completion: The contractor shall commence work, under this Contract the date specified in the written notice of the Authority to proceed and shall fully complete all work hereunder within the time stated elsewhere in the HUD-5370, General Conditions, Clause 25.

Article 3. The Contract Price: The Authority shall pay the contractor for the performance of the Contract, in current funds, subject to additions and deductions as provided in the Specifications, the sum of: _____ Dollars ($_____)

The Contract Sum is divided as follows:

Item 1:  The Work of the Contractor, being all Work other than that covered            $ _____
         By Item 2 ---------------------------------------------------------

| Section – Trade | Subcontractor | Amount |
|---|---|---|
| | | $ _____ |
| 1. _____ | _____ | $ _____ |
| 2. _____ | _____ | $ _____ |
| 3. _____ | | |

Total of Item 2 ----------------------------------------------------------------            $ _____

Article 4. The Contractor Documents:  The Contract shall consist of the following component parts:
    HUD-5369 Instruction to Bidders, HUD-5369A Representations, Certifications and other  Statements
    of bidders.
    This Instrument.
    General Conditions HUD-5370

    HUD-2530, Previous Participation Certificate
    Technical Specifications
    Drawings

This instrument, together with other documents enumerated in the Article 4, which said other documents are as fully a part of the Contract as if hereto attached or herein repeated, form the Contract. In the event that any provision in any component part of this Contract conflicts with any provision of any other component part, the provision of the component part first enumerated in the Article 4 shall govern. The various provisions in Addenda shall be construed in the order of preference of the component part of the Contract which each modifies.

Article 5, Alternates: The following Alternates have been accepted and their costs are included in the Contract Sum stated in Article 3 of this Agreement.

FORM OF CONTRACT
1 of 2

Article 6. REAP Certification: Pursuant to M.G.L. c62(c) §49(a), the individual signing this Contract on behalf of the Contractor, hereby certifies, under the penalties of perjury, that to the best of his/her knowledge and belief the Contractor has complied with any and all applicable state tax laws.

In Witness Whereof, the parties hereto have caused This Instrument to be executed in 6 original counterparts as of the day and year first above written.

Attest: _____

_____
(Contractor)

By: _____

Title: _____

Business Address:

_____
(Street)

_____
(City)                    (Zip Code)

By: _____
(Authority)

Title: _____

Business Address:

_____
(Street)

_____
(City)                    (Zip Code)

Certification:

I, _____, certify that I am the

_____ of the corporation named as contractor herein; that

_____, who signed this contract on behalf of the Contractor, was

then _____ if said corporation; that said contract was duly

signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

_____
(Affix Corporate Seal)

(PRINT OF TYPE THE NAME UNDERNEATH ALL SIGNATURES)

FORM OF CONTRACT
2 of 2

KNOW ALL MEN BY THESE PRESENTS: THAT [Here insert full name and address or legal title of Contractor] as Principal, hereinafter called Principal, and [Bonding Company], a corporation duly organized under the laws of the [State], hereinafter called [HA] for the use and benefit of the claimants as herein below defined, in the amount of [Here insert a sum equal to at least one-half of Contract price]
_____ Dollars ($_____, for the
payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated _____, 2002 entered into a contract with [HA] for 15-6 Fire Protection Upgrade Medford MA in accordance with drawings and specification prepared by LVR Corporation 88 Foundry Street Wakefield, MA 01880 which contract is by reference made a part hereof referred to as the Contract.

NOW, THEREFORE, THE CONDITIONS OF THIS OBLIGATION IS SUCH THAT is such that if, principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the Contract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1) A claimant is defined as one having a direct contract with the Principal or with a Subcontractor of the principal for labor, material, or both, used or reasonably required of use in the performance of the Contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service, or rental or equipment directly applicable to the contract.

2) The above-named Principal and Surety herby jointly and severally agree with the [HA] that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were finished by such claimant, may sue on this bond for the use of such claimant, prosecute the suite final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The [State] shall not be liable for the payment of any costs or expenses of any suit

3) No suit or action shall be commenced herein under by any claimant:

   a) Unless claimant, other than one having a direct contract with the Principal, shall have given written  notice to any two of the following: the Principal, the [HA], or the Surety above named, within ninety (90) days after such claimant did or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be personally served or served by mailing the same by registered mail or certified mail, postage prepaid, in an envelop addressed to the Principal maintains an office or conducts it business.

   b) After the expiration of one (1) year following the date on which the last of the labor was performed or material was supplied by the party bringing suit.

   c) Other than in court of competent jurisdiction for the county or district in which the construction contract was to be performed.

4) The amount of this bond shall be reduced by arid to the extent of any payment or payments made in good faith hereunder, inclusive of the payment of Surety of mechanics' liens which may be field of record again said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

FORM OF LABOR AND MATERIAL PAYMENT BOND
1 of 2

# DEMOLITION

The Contractor will be allowed to use the Housing Authority's elevators. However, the Residents and Emergency Workers must have access to the elevators at all times. The elevators must be clean at all times. If floors, walls and interior metal finish is damaged, the Contractor will be liable for any/all damage. Also, the elevator doors and tracks must not be damaged. If they are, the elevator will be inoperable. All demolition debris must be placed in suitable wheeled containers. A temporary carpet must be placed inside the apartment and used by all persons to clean their shoes before walking in the corridors. Also, the Contractor must vacuum the carpet in the corridors and elevator floor at the end of the work day. If the floors are not cleaned, the Housing Authority staff will be required to do the cleaning and the Contractor will be charged for the time.

The existing tub will become the property of the Contractor and must be removed from the property. The existing water closet and lavatory will be salvaged. The two (2) doors and frames and existing grab bars will also be salvaged.

All salvaged material will be left in the building in a location shown by the Housing Authority.

Contractor will repair/replace as needed, acoustical ceiling tile and grid to match existing.

# PAINTING

The entire apartment shall be repainted, two (2) coats. All new gypsum board shall be spackled and sanded. Any/all imperfections in the original walls or ceilings will be patched and sanded prior to painting. The paint shall be Sherwin-Williams Pro-Mar Fast Dry Latex Semi-Gloss Antique White (B31WC773) or equal.

# WALL FINISHES

A Swanstone or equal tub surround and seat shall be furnished and installed in bathroom tub area where Contractor shall remove and legally dispose offsite of the existing ceramic wall tile.

# DOORS AND FRAMES

Furnish and install two (2) new hollow metal doors. Size to be 1-3/8" x 3'0" x 6'8" with prime-painted butts. A privacy lockset in the bathroom and a Passage set in the bedroom. Finish to be brushed aluminum, A.D.A.-approved lever handles. Contractor to supply and install an A.D.A.-approved threshold at apartment entry door.

## GYPSUM BOARD AND METAL WALL STUDS

The new wall surfaces will be ½" gypsum wallboard, one 2" x 4" metal studs 16" o.c. Tape and spackle all joints, corners and nailheads. All new work ready for paint.

Contractor will supply and install all grab bars shown on Plan. Additionally, the Contractor will install ¾" plywood (exterior grade) blocking for grab bars.

# PLUMBING

Furnish and install a new 5'0" white tub with a non-slip finish on the inside bottom of the tub. This tub to comply with A.D.A. requirements. An American Standard or equal tub shall be installed. A single lever tub/shower control unit as made by Symmons or equal shall be installed at a location shown on the plan.

Contractor to furnish and install one (1) new Kohler Pressure Flush rear outlet flush white toilet or equal and lavatory, all A.D.A. approved.

Contractor is to furnish and install shower curtain rod, toothbrush and soap dish holder and mirror/medicine cabinet as shown on the plan. All hardware mounted on new wall must have wood backer fastened to metal studs. Expansion shields or toggle bolts will not be allowed. Grab bars shall be 1-1/2" diameter mounted as shown on plans and per A.D.A. requirements.

All exposed plumbing pipes to be covered with A.D.A.-approved protective coverings.

# ELECTRICAL AND UTILITIES

All electrical fixtures and utilities such as wall outlets, thermostats, fire alarm strobe lights, smoke detectors, duplex switches, telephone jack, intercom, cable TV, sprinkler head, emergency call switch, as shown on Plan must be removed and replaced as shown on Plan or as directed by Medford Housing Authority.  All electrical fixtures and utilities must be located as required by A.D.A. standards.

Contractor will supply a fire extinguisher while sprinkler work is being done.  When all work is complete, Simplex must test completed fire alarm system.

# FLOORING

The existing ceramic tile floor material in the bathroom will be removed and disposed of offsite in a legal manner. A seamless vinyl floor material, Safeguard Hydro Slip-Retardant sheet vinyl, as manufactured by Armstrong or equal, will be installed using manufacturer's specifications for subfloor preparation and installation methods and materials.

Contractor will supply and install a 4" cove base in the bathroom. Additionally, the Contractor will remove the existing cove base in the rest of the unit (except the kitchen) and supply and install the same 4" cove base as installed in the new bathroom.

Contractor will supply and install (overlay) vinyl composition tile in the remainder of apartment that matches the existing VCT in the kitchen area, eliminating the transition strip in the kitchen area. Contractor will supply and install a transition strip at the entry door to the unit.

16.1.1    The Contractor shall take out and maintain insurance coverage as listed in Subparagraphs 16.2 - 16.6 with respect to the operations as well as the completed operations of this Contract. This insurance shall be provided at the Contractor's expense and shall be in full force and effect for the full term of the Contract.

16.1.2    All policies shall be issued by companies authorized to write that type of insurance under the laws of this Commonwealth of Massachusetts.

## 16.2    CONTRACTOR'S COMMERCIAL GENERAL LIABILITY

16.2.1 .  Provide the following minimum coverage with respect to the operations performed by any employee, Subcontractor, or supplier:

| | |
|---|---|
| Bodily Injury & | $1,000,000.  each occurrence |
| Property Damage | $1,000,000.  general aggregate |
| Products & Completed Operations | $1,000,000.  aggregate |
| Personal & Advertising Injury | $1,000,000.  each occurrence |

16.2.2    This policy shall include coverage relating to explosion, collapse, and underground property damage.

16.2.3    This policy shall include contractual liability coverage.

16.2.4    The Contractor shall provide a separate Owner's and Contractor's Protective Liability policy in the name of the Owner at the same limits listed above.

16.2.5    The completed operations coverage shall be maintained for a period of two (2) years after Substantial Completion as defined in subparagraph 9.6.1.

## 16.3    VEHICLE LIABILITY

Provide the following minimum coverage with respect to the operations of any employee, including coverage for owned, non-owned, and hired vehicles:

| | |
|---|---|
| Bodily Injury and | $ 1,000,000.  each person |
| Property Damage | $ 1,000,000.  each accident |
| | Combined Single Limit of $1,000,000 |

## 16.4    WORKER'S COMPENSATION

Provide the following coverage in accordance with M.G.L. c.149 §34A and c.152 as amended:

| | |
|---|---|
| Worker's Compensation Coverage A | Provide Statutory Minimum |
| Employer's Liability Coverage B | $ 500,000. each accident<br>$ 500,000. disease per employee<br>$ 500,000. disease policy |

## 16.5    PROPERTY COVERAGE

16.5.1    Provide Special Perils coverage against loss or damage by fire and against loss or damage covered by the special perils insurance endorsement on all work included in this contract in an amount equal to at least 80% of Contract Amount.

16.5.2    When work will be completed on existing buildings owned by the Owner, the Contractor shall provide an installation floater, in the full amount of the Contract, for the requirements set forth in Subparagraph 16.5.

16.5.3    This policy and/or installation floater shall indicate if Stored Materials coverage is provided as required by Paragraph 10.4.

result of a loss experienced during the life of this contract.

## 16.7   OWNER AS ADDITIONAL INSURED

The Owner and Department shall be named as additional insureds on the Contractor's Commercial Liability Policies.

## 16.8   CERTIFICATES OF INSURANCE, POLICIES

16.8.1   Certificates of insurance, acceptable to the Owner, shall be submitted to the Owner simultaneously with the execution of the Contract. Certificates shall indicate that the contractual liability coverage, and Owner's and Contractor's Protective Liability coverage is in force, as well as the deletions of the XCU exclusions.

16.8.2   The Contractor shall file the original and one certified copy of all policies with the Owner and one with the Department within sixty days after Contract award. If the Owner is damaged by the Contractor's failure to maintain such insurance and to so notify the Owner, then the Contractor shall be responsible for all reasonable costs attributable thereto.

## 16.9   CANCELLATION

Cancellation of any insurance required by this contract, whether by the insurer or the insured, shall not be valid unless written notice thereof is given by the party proposing cancellation to the other party and Owner at least thirty days prior to the effective date thereof, which shall be expressed in said notice

- Charitable Contributions
- Worker's Compensation
- Unemployment Insurance
- Uniforms

Overtime, which must be paid to all employees who work more than 40 hours per week, shall be at least time-and-one-half the base rate ("total rate" less benefits, if any).

Any "separate check" given to an employee as the "benefit portion" of the prevailing wage may not be treated differently than the check for "base wages." All "separate checks" are considered wages and subject to state and federal taxes, unemployment insurance and worker's compensation requirements.

## PAYROLL RECORDS

Employers are required to submit weekly certified payroll reports to the awarding authority and keep them on file for three years. A reporting form is sent along with each wage schedule that may be used. Each report must contain at least: the employee's name, address, occupational classification, hours worked and wages paid. Do not submit weekly payroll reports to

After each contractor completes its portion of the public works project, the contractor must submit a Statement of Compliance to DLI. A Statement of Compliance form is also sent along with each wage schedule issued.

## APPRENTICES

If your company employs apprentices, they must be registered with the Division of Apprentice Training. All persons not registered with DAT must be paid the "total rate" listed on the wage schedule. An apprentice sheet showing percentages based on the apprentice steps is included with all wage schedules.

## PENALTIES

Failure to pay the prevailing wage subjects the contractor to potential civil and criminal liability.

*Wage schedules are issued by:*
MA Dept. of Labor & Industries
100 Cambridge St., 11th Fl.
Boston, MA 02202
(617) 727-3492

*Enforcement is carried out by:*
Office of the Attorney General,
Fair Labor & Business Practices Div.
200 Portland Street

Boston, MA 02114
(617) 727-2200

THE
MASSACHUSETTS
PREVAILING WAGE
LAW
(MGL c149, §§26-27H)



AN IMPORTANT
GUIDE FOR
CONTRACTORS
DOING PUBLIC WORKS
PROJECTS
IN
MASSACHUSETTS

# PREVAILING WAGE SCHEDULES

Every contractor should obtain a schedule of prevailing wage rates for every public works project from the awarding authority (city, town, county, district, state agency or authority). It is the awarding authority's responsibility to ensure that a copy of the wage schedule is provided to all contractors from whom estimates or bids are solicited for all projects. The Department of Labor and Industries (DLI) will issue wage schedules directly to contractors or employees.

Once a wage schedule has been issued for a project by DLI, it will remain in effect for the entire project. Appeals of wage determinations or classifications of employment may be made to the DLI commissioner.

A copy of the wage schedule is required to be posted at the work site.

A wage schedule issued for a project may not be used on any other project. If, by chance, an awarding authority fails to provide you with a wage schedule to use when figuring your bid, do not use one you may have from another project. In this case, you should contact DLI immediately and urge the awarding authority to contact DLI to correct the oversight.

The failure of an awarding authority to provide a wage schedule does not excuse a contractor from paying the prevailing rate.

## BIDDING

The Attorney General's Division of Fair Labor & Business Practices enforces the prevailing wage law. All bids must reflect prevailing wage rates. Contractors may be required by an awarding authority to "demonstrate ... how [they] could complete the project and comply with Mass. Gen. Laws." The Division issued an "Advisory" discussing these and other points. For a copy, please contact the Attorney General's Office.

## PAYING EMPLOYEES

Prevailing wages must be paid to all employees on public works projects regardless of whether they are employed by the general contractor, a filed sub-bidder or any sub-contractor. The prevailing wage applies equally to unionized and non-unionized workers.

All employees who perform work on a public works project must be paid hourly according to the wage schedule issued for the particular project.

The wage schedule issued for each project is in effect for the duration of that project. All wage increases listed on the schedule must be paid on the specified dates.

Employers are limited in the deductions that can be made from the hourly rate (represented as the "total rate" on the wage schedules). Only contributions to the following plans may be deducted:

◆ Health and Welfare
◆ Pension
◆ Supplementary Unemployment

All contributions must be made to bona fide plans.

If an employer contributes to any, or all, of the above plans, it may deduct the hourly amount contributed from the "total rate." If the employer does not contribute to any of the benefit plans listed above, then the employee's hourly rate of pay will be the "total rate" from the wage schedule.

All other deductions, including but not limited to the following, may not be subtracted from the employee's hourly prevailing wage rate:

◆ Vacation Time
◆ Sick Time
◆ Training Funds

contractor, however, must adhere to all wage increases listed on the schedule issued.

A copy of the wage schedule is required by law to be posted at the work site.

## PENALTIES

Non-compliance with the law may result in the ordering of work halted and subjects the contractor to potential civil and criminal liability. The awarding authority may also, under certain circumstances, be subject to civil liability.

## GOVERNMENT AGENCIES

Since September of 1993, two agencies have had responsibility for the prevailing wage law:

---

A wage schedule issued for a project may not be used on any other project. If you have wage rates on hand from prior projects, you may not use them again, nor may you use a single wage schedule for more than one project being bid at the same time.

---

The Department of Labor and Industries remains charged with issuing wage schedules and job classifications, and making determinations on the applicability of the prevailing wage. Appeals of wage determinations or classifications of employment may be made to the DLI commissioner.

The Attorney General's Office of Fair Labor & Business Practices is charged with enforcing the prevailing wage law and receives all bid protests.

Projects funded or partially with federal money may require Davis-Bacon wage rates issued by the U.S. Department of Labor, Wage and Hour Division, (017) 424-4925.

---

The Division of Capital Planning and Operations certifies contractors who work on public building projects. They can be reached by calling (617) 727-4050.

*Wage schedules are issued by:*
MA Dept. of Labor & Industries
100 Cambridge St., 11th Fl.
Boston, MA 02202
(617) 727-3492

*Enforcement is carried out by:*
Office of the Attorney General,
Fair Labor & Business Practices Div.

---

200 Portland Street, 2nd Floor
Boston, MA 02114
(617) 727-2200

# THE MASSACHUSETTS PREVAILING WAGE LAW
(MGL c149, §§26-27H)



# AN IMPORTANT GUIDE FOR AWARDING AUTHORITIES

# STEPS TO COMPLIANCE

Every awarding authority must complete a _Prevailing Wage Request Form_ and mail it to the Department of Labor and Industries (DLI) before bids or estimates are solicited for public works projects. If you need forms, contact DLI.

Once you receive the wage schedule for a particular project, it is your obligation to make copies available to all bidders. Public works projects not put out to bid are not exempt. It is not sufficient to simply reference the prevailing wage law in your call for bids. Since DLI will not issue wage schedules directly to contractors, you must provide it to all bidders.

Each wage schedule applies only to the public works project for which it is issued.

During the project, it is the awarding authority's responsibility to monitor contractors' compliance with the prevailing wage (see "Advisory"). Weekly payroll records must be collected from all contractors and kept on file. You are encouraged to notify the Attorney General's Division of Fair Labor & Business Practices if contractors fail to comply with this provision or if you believe a contractor is not paying prevailing wages.

Once a contractor has been selected, the wage schedule shall be made a part of the contract for that project.

Business Practices issued an "Advisory" discussing those and other points. For a copy, please contact the Attorney General's Office.

## PROJECTS THAT ARE COVERED

The law states that all "public works" projects require payment of the prevailing wage. This generally includes: new construction, renovation, repair, demolition, road or highway work, maintenance, the rental of equipment, moving office furniture, cleaning state office buildings, trash hauling and school bus transportation. If you have a question about whether or not a project requires prevailing wage rates, contact DLI.

## NO THRESHOLD

The prevailing wage law applies to all public works projects, regardless of the cost or size of the project.

## WAGE SCHEDULES

The wage schedule issued for the project by DLI will remain in effect for the entire project. Awarding authorities should not request updated wage schedules while the project is ongoing. The

## AWARDING AUTHORITY DEFINED

The awarding authority is responsible for ensuring that all bids reflect prevailing wage rates and should, therefore, review all bids carefully. Contractors may be called upon to "demonstrate ...how (they) could complete the project and comply with Mass. Gen. Laws." The Attorney General's Division of Fair Labor &

The law provides that works by "the commonwealth, or by a county, town or district" require prevailing wages. In general, this means all public agencies and their subdivisions, including: state agencies, counties, authorities, cities, towns, school departments; highway or public works departments; water departments,

housing authorities and other municipal departments are covered by the prevailing wage law.

Date: June 13, 2003
General Decision Number: MA20030001

Superseded General Decision No. MA020001

State: Massachusetts

Construction Type:
BUILDING

County(ies):
BARNSTABLE         ESSEX            NORFOLK
BRISTOL            MIDDLESEX        SUFFOLK
DUKES              NANTUCKET

BUILDING CONSTRUCTION PROJECTS (does not include single family
homes and apartments up to and including 4 stories)

Modification Number    Publication Date
          0            06/13/2003

COUNTY(ies):
BARNSTABLE         ESSEX            NORFOLK
BRISTOL            MIDDLESEX        SUFFOLK
DUKES              NANTUCKET

ASBE0006A  09/01/2002                Rates        Fringes

BARNSTABLE (Except Barnstable, Bourne, Falmouth, Mashpee,
Sandwich); BRISTOL (Easton); ESSEX; SUFFOLK; MIDDLESEX; AND
NORFOLK (Except Bellingham, Franklin, Plainville, Wrentham)
COUNTIES

INSULATORS/ASBESTOS WORKERS
  Includes the application of all
  insulating materials, protective
  coverings, coatings, and finishes
  to all types of mechanical systems   31.76        11.85
--------------------------------------------------------------

ASBE0006B  06/01/2002                Rates        Fringes

BARNSTABLE (Except Barnstable, Bourne, Falmouth, Mashpee,
Sandwich), ESSEX, MIDDLESEX, NORFOLK (Except Bellingham,
Franklin, Plainville, Wrentham), AND SUFFOLK COUNTIES

HAZARDOUS MATERIAL HANDLER:
  Includes preparation, wetting,
  stripping, removal, scrapping,
  vacuuming, bagging and disposing
  of all insulation materials from
  mechanical systems whether they
  contain asbestos or not              19.40         8.30
--------------------------------------------------------------

ASBE0031E  09/01/2000                Rates        Fringes

BARNSTABLE (Townships of Barnstable, Bourne, Falmouth, Mashpee
and Sandwich); BRISTOL (Except Easton); NORFOLK (Bellingham,
Franklin, Plainville & Wrentham) DUKES & NANTUCKET COUNTIES

Case 1:04-cv-12485-FDS  Document 13-3  Filed 07/27/2005  Page 3 of 17

INSULATOR/ASBESTOS WORKER
Includes the application of all
insulating materials, protective
coverings, coatings, and finishes
to all tyes of mechanical systems    23.63         10.16
------------------------------------------------------------------

ASBE0201A  07/01/2002               Rates        Fringes

BARNSTABLE (Barnstable, Bourne, Falmouth, Mashpee, Sandwich);
BRISTOL (Except Easton); DUKES, NANTUCKET, NORFOLK (Townships of
Bellingham, Franklin, Plainville and Wrentham); PLYMOUTH

(Townships of Lakeville, Mattapoisett, Middleboro, Rocherster and
Wareham)

HAZARDOUS MATERIAL HANDLER
Includes preparation, wetting,
stripping, removal, scrapping,
vacuuming, bagging and disposing
of all insulation materials from
mechanical systems, whether they
contain asbestos or not             17.10          8.25
------------------------------------------------------------------

BOIL0029A  10/01/2002               Rates        Fringes
                                    29.015        5.14+37%
BOILERMAKER

------------------------------------------------------------------

BRMA0001H  03/01/2002               Rates        Fringes

FOXBORO CHAPTER

BRISTOL (Attleboro, Berkley, Dighton, Mansfield, North
Attleboro,Norton, Raynham, Rehoboth, Seekonk, Taunton) AND
NORFOLK (Bellingham, Canton, Dedham, Foxboro, Franklin,
Norfolk, Norwood, Plainville, Sharon, Walpole, Westrwood,
Wrentham) COUNTIES

BRICKLAYERS, CEMENT MASONS,
and PLASTERERS                      28.99         15.32
------------------------------------------------------------------

BRMA0001I  03/01/2002               Rates        Fringes

LOWELL CHAPTER

MIDDLESEX (Acton, Asby, Ayer, Bedford, Billerica, Boxboro,
Carlisle, Chemsford, Dracut, Dunstble, Ft. Denvens, Groton,
Littleton, Lowell, North Acton, Pepperell, Shirley, South Acton,
Tewksbury, Townsend, Tyngsboro, West ACton, Westford,
Wilmington)

BRICKLAYTERS & PLASTERERS           28.99         15.32

BRMA0001J  03/01/2002

|  | Rates | Fringes |
|---|---|---|

LOWELL CHAPTER

MIDDLESEX (Ashland, Framingham, Holliston, Hopkinton, Hudson, Maynard, Natick, Sherbvorn, Stow); and NORFOLK (Medfield, Medway, Millis)

| BRICKLAYERS | 28.99 | 15.32 |
|---|---|---|

---

BRMA0003A  03/01/2002

|  | Rates | Fringes |
|---|---|---|
| MARBLE, TILE & TERRAZZO WORKERS | 30.10 | 13.72 |
| TERRAZZO FINISHERS | 33.88 | 8.67 |
| MARBLE & TILE FINISHERS | 23.88 | 13.55 |

---

BRMA0003C  03/01/2002

|  | Rates | Fringes |
|---|---|---|

BOSTON CHAPTER

MIDDLESEX (Arlington, Cambridge, Everett, Malden, Medford, Melrose, Somerville); NORFOLK (Brookline, Milton); and SUFFOLK

| BRICKLAYERS | 30.69 | 13.99 |
|---|---|---|

---

BRMA0003F  03/01/2002

|  | Rates | Fringes |
|---|---|---|

LYNN CHAPTER

ESSEX  (Amesbury, Andover, Beverly, Boxford, Danvers, Essex, Georgetown, Gloucester, Groveland, Hamilton, Haverhill, Ipswich, Lawrence, Lynn, Lynnfield, Manchester, Marblehead, Merrimac, Methuen, Middleton, Nahant, Newbury, Newburyport, North Andover, Peabody, Rockport, Rowley, Salisbury, Salem, Saugus, Swampscott, Topsfield Wakefield, Wenham, West Newbury); and MIDDLESEX (Reading, North Reading, Wakefield)

| BRICKLAYERS, CEMENT MASONS, and PLASTERERS | 30.59 | 14.09 |
|---|---|---|

---

BRMA0003G  03/01/2002

|  | Rates | Fringes |
|---|---|---|

WALTHAM CHAPTER

MIDDLESEX (Belmont, Burlington, Concord, Lexington, Lincoln, Stoneham, Sudbury, Waltham, Watertown, Wayland, Weston, Winchester, Woburn)

| BRICKLAYERS & PLASTERERS | 29.29 | 15.39 |
|---|---|---|

---

BRMA0003H  03/01/2002

Rates      Fringes

MIDDLESEX (Newton) and NORFOLK (Dover, Needham, Wellesley)

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, and PLASTERERS | 29.79 | 14.89 |

----------------------------------------------------------------

BRMA0003I  03/01/2002

Rates      Fringes

NEW BEDFORD

BARNSTABLE; BRISTOL (Acushnet, Darmouth, Farhaven, Fall River, Freetown, New Bedford, Somerset, Swansea, Westport); DUKES; and NANTUCKET COUNTIES

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, and PLASTERERS | 30.59 | 14.09 |

----------------------------------------------------------------

BRMA0003J  03/01/2002

Rates      Fringes

QUINCY CHAPTER

NORFOLK COUNTY (Avon, Braintree, Cohasset, Holbrook, Quincy, Randolph, Soughton, Weymouth)

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, and PLASTERERS | 29.29 | 15.39 |

----------------------------------------------------------------

CARP0026A  04/01/2003

Rates      Fringes

BRISTOL (Attleborough, North Attleborough); ESSEX; MIDDLESEX (Except Belmont, Cambridge, Everett, Malden, Medford, Somerville); AND NORFOLK (Bellingham, Canton, Foxboro, Franklin, Medfield, Medway, Millis, Needham, Norfolk, Norwood, Plainville, Sharon, Walpole, Wellesley, Westwood, Wrentham)

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 27.75 | 11.91 |

----------------------------------------------------------------

CARP0033A  04/01/2003

Rates      Fringes

MIDDLESEX (Belmont, Cambridge, Everett, Malden, Medford, Somerville); NORFOLK (Brookline, Dedham, Milton); and SUFFOLK

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 31.99 | 13.39 |

----------------------------------------------------------------

CARP0056K  08/01/2002

Rates      Fringes

SUFFOLK (All of County); and those areas of BARNSTABLE, BRISTOL, ESSEX, MIDDLESEX & NORFOLK COUNTIES situated inside Boston Beltway (I-495) and North of Cape Cod Canal

| | Rates | Fringes |
|---|---|---|
| PILEDRIVERMEN | 27.88 | 13.45 |

----------------------------------------------------------------

All of DUKES and NANTUCKET COUNTIES; and those areas of
BARNSTABLE, BRISTOL, and NORFOLK COUNTIES situated OUTSIDE Boston
Beltway (I-495) and South of Cape Cod Canal

                               24.11       13.45

PILEDRIVERMEN

---

CARP0056M  08/01/2001              Rates         Fringes

Those areas of ESSEX and MIDDLESEX COUNTIES situated OUTSIDE
Boston Beltway (I-495)

                               24.90       13.45

PILEDRIVERMEN

---

CARP0424C  04/01/2003              Rates         Fringes

NORFOLK COUNTY (Braintree, Cohassett, Scituate, Weymouth, Quincy)

                               27.75       11.91

  CARPENTERS

---

CARP0624E  04/01/2003              Rates         Fringes

BARNSTABLE; BRISTOL (Except Attleboro & North Attleboro); DUKES;
NANTUCKET; AND NORFOLK (Avon, Holbrook, Randolph, Stoughton)
COUNTIES

                               27.75       11.91

  CARPENTERS

---

CARP1121A  04/01/2001              Rates         Fringes
                               25.08       13.16
MILLWRIGHTS

---

CARP2168A  04/01/2003              Rates         Fringes

MIDDLESEX (Belmont, Cambridge, Everett, Malden, Medford,
Somerville); NORFOLK (Brookline, Dedham, Milton); and SUFFOLK

                               31.83       12.87

SOFT FLOOR LAYERS

---

CARP2168E  04/01/2003              Rates         Fringes

BRISTOL; ESSEX; MIDDLESEX (Except Belmont, Cambridge, Everett,
Malden, Medford, Somerville);Remainder of Norfolk County

                               31.83       12.87

  SOFT FLOOR LAYERS

---

CARP2168F  04/01/2003              Rates         Fringes

BARNSTABALE; DUKES; AND NANTUCKET

                               29.02       12.87

  SOFT FLOOR LAYERS

ELEC0096A 03/01/2003

|  | Rates | Fringes |
|---|---|---|

MIDDLESEX (Ashby, Ashland, Ayer, Ft. Devens, Groton, Hopkinton, Hudson, Marlboro, Pepperell, Shirley, Stow, Townsend)

| ELECTRICIAN | 29.78 | 11.44 |
| TELEDATA SYSTEM INSTALLERS | 20.20 | 8.75 |

---

ELEC0099A 06/01/2001

|  | Rates | Fringes |
|---|---|---|

BRISTOL (Attleboro, North Attleboro, Seekonk)

| ELECTRICIANS | 24.91 | 44% |
| TELEDATE SYSTEM INSTALLERS | 18.85 | 4.44+17% |

---

ELEC0103A 09/01/2002

|  | Rates | Fringes |
|---|---|---|

ESSEX; MIDDLESEX (Excluding Ashby, Ashland, Ayer, Ft. Devens, Groton, Hopkinton, Hudson, Marlboro, Pepperell, Shirley, Stow, Townsend); NORFOLK (Excluding Avon, Holbrook, Plainville, Randolph, Stoughton) SUFFOLK

| TELEDATA SYSTEMS INSTALLERS | 24.15 | 13.74 |

---

ELEC0103B 03/01/2003

|  | Rates | Fringes |
|---|---|---|

ESSEX (Amesbury, Andover, Boxford, Georgetown, Groveland, Haverhill, Lawrence, Merrimac, Methuen, Newbury, Newburyport, North Andover, Rowley, Salisbury, West Newbury); MIDDLESEX (Bedford, Billerica, Boxboro, Burlington, Carlisle, Chelmsford, Dracut, Dunstable littleton, Lowell, North Reading, Tewksbury, Tyngsboro, Westford, Wilmington)

| ELECTRICIANS | 34.44 | 15.66 |

---

ELEC0103D 03/01/2003

|  | Rates | Fringes |
|---|---|---|

ESSEX (Beverly, Danvers, Essex, Gloucester, Hamilton, Ipswich, Manchester, Marblehead, Middleton, Peabody, Rockport, Salem, Topsfield, Wenham)

| ELECTRICIANS | 34.44 | 15.66 |

---

ELEC0103E 03/01/2003

|  | Rates | Fringes |
|---|---|---|

ESSEX (Lynn, Lynnfield, Nahant, Saugus, Swampscott); MIDDLESEX (Acton, Arlington, Belmont, Cambridge, Concord, Everett, Framingham, Holliston, Lexington, Lincoln, Malden, Maynard, Medford, Melrose, Natick, Newton, Reading, Sherborn, Somerville, Stoneham, Sudbury, Wakefield, Waltham, Watertown, Wayland, Weston, Winchester, Woburn); NORFOLK (Bellingham, Braintree, Brookline, Canton, Cohasset, Dedham, Dover, Foxboro, Frankloin,

Medfield, Medway, Millis, Milton, Needham, Norfolk, Norwood, Quincy, Sharon, Walpole, Wellesley, Westwood, Weymouth, Wrentham); PLYMOUTH (Hingham and Hull); SUFFOLK

ELECTRICIANS                    34.44        15.66
------------------------------------------------------------

ELEC0104A  09/01/2002           Rates        Fringes

LINE CONSTRUCTION:

Lineman                         30.10        8.70+6%+A
Equipment Operator              25.59        6.70+6%+A
Cableman and Technician         25.59        6.70+6%+A
Groundsman                      16.56        4.20+6%+A

A.  PAID HOLIDAYS:  New Year's Day; Memorial Day; Independence
    Day; Labor Day; Thanksgiving Day; Christmas Day and
    Columbus Day, provided the employee has been employed 5
    working days prior to any one of the listed holidays.
------------------------------------------------------------

ELEC0223G  03/01/2003           Rates        Fringes

BARNSTABLE; BRISTOL (Except Attleboro, North Attleboro, Seekonk);
DUKES; NANTUCKET AND NORFOLK (Avon, Halbrook, Plainville,
Randolph, Stoughton)

ELECTRICIANS                    28.25        12.01
------------------------------------------------------------

ELEC0223H  09/01/2002           Rates        Fringes

BARNSTABLE; BRISTOL (Except Attleboro, North Attleboro, Seekonk);
DUKES; NANTUCKET AND NORFOLK (Avon, Halbrook, Plainville,
Randolph, Stoughton)

TELEDATA                        21.43        9.08
------------------------------------------------------------

ELEV0004A  04/16/2002           Rates        Fringes

ELEVATOR MECHANICS              36.625       7.455+A

FOOTNOTE FOR ELEVATOR MECHANICS:
A. Employer Contributes 8% of basic hourly rate for 5 years
   or more of service and 6% for 6 months to 5 years of
   service as vacation pay. Six paid holidays (provided
   employee has worked 5 consecutive days before and the
   working day after the holiday): New Year's Day, Memorial
   Day, Independence Day, Labor Day, Thanksgiving Day, and
   Christmas Day.
------------------------------------------------------------

ENGI0004A  12/01/2002           Rates        Fringes

POWER EQUIPMENT OPERATORS:
Group 1                         31.12        12.30+A
Group 2                         30.91        12.30+A
Group 3                         24.16        12.30+A

FOOTNOTE FOR POWER EQUIPMENT OPERATORS:
A.   PAID HOLIDAYS: ·New Year's Day, Washington,s Birthday, Labor
 Day, Memorial Day, Independence Day, Patriot's Day, Columbus
 Day, Veteran's Day, Thanksgiving Day, Christmas Day

HOURLY PREMIUM FOR BOOM LENGTHS (Including Jib):
 Over 150 ft.   +1.44
 Over 185 ft.   +2.53
 Over 210 ft.   +3.55
 Over 250 ft.   +5.39
 Over 295 ft.   +7.46
 Over 350 ft.   +8.69

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

Group 1:  Crane; shovel; truck crane; cherry picker; dragline;
trench hoe; backhoe; three drum machine; derrick; pile driver;
elevator tower; hoist; gradall; shovel dozer; front end loader;
fork lift; suger; boring machine; rotaryu drill; post hole
hammer; post hole digger; pumpcrete machine; asphalt plant (on
site); concrete batching and/or mixing plant (on site); crusher
plant (on site); paving concrete mixer; timber jack

Group 2:  Sonic or vibratory hammer; grader; scraper; tandem
scraper; concrete pump; bulldozer; tractor; york rake; mulching
machine; portable steam boiler; portable steam generator; roller;
spreader; tamper (self propelled or tractor drawn); asphalt
paver; mechanic - maintenance; paving screed machine; stationary
steam boiler; paving concrete finishing machine; cal truck;
ballast regulator; switch tamper; rail anchor machine; tire truck

Group 3:  Pumps (1-3 grouped); compressor; welding machine (1-3
grouped); generator; concrete vibrator; heater (power driven 1-
5); well point system (operating); syphon-pulsometer; concrete
mixer; valves controlling permanent plant air or steam; conveyor;
Jackson type tamper; single diaphragm pump; lighting plant

Group 4:  Assistant engineer (fireman)

Group 5:  Oiler (other than truck cranes and gradalls)

Group 6:  Oiler (on truck cranes and gradalls)
stant engineer (on truck crane and gradall)

-----------------------------------------------------------------

 IRON0007F  03/16/2003
                          Rates          Fringes
BRISTOL (Easton); ESSEX (Beverly Gloucester, Lynn,Lynnfield,
Manchester, Marblehead Nahant, Salem, Saugus, Swampscott);
MIDDLESEX (Arlington, Bedford, Belmont, Burlington, Cambridge,
Concord,Everett, Framingham, Lexington, Lincoln, Malden, Maynard,
Medford, Melrose, Natick, Newton, Reading, Sherborn, Somerville,
Stoneham, Sudbury, Wakefield, Waltham, Watertown, Wayland,
Weston, Winchester, Woburn);  NORFOLK (Except Medway); SUFFOLK

ESSEX (Amesbury, Andover, Boxford, Danvers, Essex, Gerogetown,
Hamilton, Haverhill, Ipswich, Lawrence, Merrimac, Methuen,
Newbury, Newburyport, North Andover, Rockport, Rowley,
Salisbury, Topsfield, Wenham, West Newbury); MIDDLESEX (Action,
Billericia, Carlisle, Chelmsford, Dracut, Dunstable, Groton,
Groveland, Littleton, Lowell, Middleton, North Reading,
Pepperell, Tewksbury, Tyngsboro, Westford, Wilminton)

| IRONWORKERS | 23.84 | 16.25 |
|---|---|---|

IRON0037E  01/05/2003
                              Rates          Fringes
BARNSTABLE; BRISTOL (Acushnet, Attleboro, Berkley, Dartmouth,
Dighton, Fairhaven, Fall River, Freetown, Mansfield, New Bedford,
North Attleboro, Norton, Raynham, Rehoboth, Seekonk, Somerset,
Swansea, Taunton, Westport); DUKES; NANTUCKET; NORFOLK
(Billingham, Franklin, Plainville, Wrentham)

| IRONWORKERS | 26.60 | 13.13 |
|---|---|---|

IRON0057A  05/01/2003
                              Rates          Fringes
MIDDLESEX (Ashby, Ashland, Ayer, Boxboro, Holliston, Hopkinton,
Hudson, Marlboro, Shirley, Stow, Townsend); NORFOLK (Medway)

| IRONWORKERS | 29.57 | 14.68 |
|---|---|---|

LABO0014B  06/01/2002
                              Rates          Fringes
SUFFOLK COUNTY (Boston, Chelsea, Revere, Winthrop, Deer Island,
Nut Island); MIDDLESEX COUNTY (Arlington, Belmont, Burlington,
Cambridge, Everett, Malden, Medford, Melrose, Reading,
Somerville, Stoneham, Wakefield, Winchester, Winthrop and Woburn
only); NORFOLK COUNTY (Brookline, Dedham, and Milton only)

| PLASTERER TENDERS | 22.50 | 9.80 |
|---|---|---|

BARNSTABLE, BRISTOL, DUKES, ESSEX, NANTUCKET, MIDDLESEX (with the
exception of Arlington, Belmont, Burlington, Cambridge, Everett,
Malden, Medford, Melrose, Reading, Somerville, Stoneham,
Wakefield, Winchester, Winthrop and Woburn); NORFOLK (with the
exception of Brookline Dedham, and Milton) COUNTIES

| PLASTERER TENDERS | 20.85 | 8.60 |
|---|---|---|

LABO0022I  12/01/2002
                              Rates          Fringes
SUFFOLK COUNTY (Boston, Chelsea, Revere, Winthrop, Deer & Nut
Islands); MIDDLESEX COUNTY (Arlington, Belmont, Burlington,
Cambridge, Everett, Malden, Medford, Melrose, Reading,
Somerville, Stoneham, Wakefield, Winchester, Winthrop, and
Woburn only); NORFOLK COUNTY (Brookline, Dedham, and Milton
only)

```
LABORERS:
  Group 1                          23.55             9.40
  Group 2                          23.80             9.40
  Group 3              .           24.30             9.40
  Group 4              .           24.55             9.40
  Group 5              .           24.30             9.40
  Group 6                          25.55             9.40
```

### LABORERS CLASSIFICATIONS

GROUP 1:  Laborers; Carpenter Tenders

GROUP 2:  Jackhammer operator; pavement breaker; asphalt raker
carbide core drilling machine; chain saw operator; pipelayer;
barco type jumping tampers; laser beam; concrete pump; mason
tender; motorized mortar mixer; ride-on motorized buggy; fence
and beam rail erector

GROUP 3:  Air track, block paver; hammer; curb setter, hydraulic
and similar self-powered drills

GROUP 4:  Blaster; powderman

GROUP 5:  Pre-cast floor and roof plank erector

GROUP 6:  Asbestos removal laborers/haz-mat laborers
--------------------------------------------------------------------

LABO0022J  12/01/2002
```
                                   Rates             Fringes
```
Counties of BARNSTABLE; BRISTOL; DUKES; ESSEX; NANTUCKET;
MIDDLESEX (with the exception of Arlington, Belmont, Burlington,
Cambridge, Everett, Malden, Medford, Melrose, Reading,
Somerville, Stoneham, Wakfield, Winchester, Winthrop and Woburn);
NORFOLK (with the exception of Brookline, Dedham, and Milton)

```
LABORERS:
  Group 1                          21.80 √           8.20 √
  Group 2                          22.05             8.20
  Group 3                          22.55             8.20
  Group 4                          22.80             8.20
  Group 5                          22.55             8.20
  Group 6                          23.80             8.20
```

### LABORERS CLASSIFICATIONS

GROUP 1:  Laborers; Carpenter Tenders

GROUP 2:  Jackhammer operator; pavement breaker; asphalt raker
carbide core drilling machine; chain saw operator; pipelayer;
barco type jumping tampers; laser beam; concrete pump; mason
tender; motorized mortar mixer; ride-on motorized buggy; fence
and beam
rail erector

GROUP 3:  Air track, block paver; hammer; curb setter, hydraulic
and similar self-powered drills

GROUP 4:  Blaster; powderman

GROUP 6:  Asbestos removal laborers/haz-mat laborers
---------------------------------------------------------------

LABO1421D  12/01/2002
                                    Rates          Fringes
BARNSTABLE, BRISTOL, DUKES, ESSEX, MIDDLESEX, NANTUCKET
NORFOLK AND SUFFOLK COUNTIES

WRECKING LABORERS:

  Yardmen Laborer (Salvage Yard only) 19.35          9.80
  Yardmen Burners, Sawyers            22.45          9.80
  Wrecking Laborers                   23.35          9.80
  Adzeman                             23.35          9.80
  Burners, Jackhammers                23.60          9.80
  Small Backhoes, Loaders on Tract,
and Bobcat type loaders               23.85          9.80
  Asbestos, Toxic Hazardous waste
  and lead paint removers             25.35          9.80
---------------------------------------------------------------


PAIN0011I  12/01/2002
                                    Rates          Fringes
BARNSTABLE, BRISTOL, DUKES, AND NANTUCKET COUNTIES

GLAZIERS                             27.18          9.00+A


FOOTNOTE:
  A. PAID HOLIDAY: LABOR DAY (provided employee has worked any
  part of the week prior to Labor Day and any part of the

  week after Labor Day)
---------------------------------------------------------------


PAIN0035D  01/01/2003
                                    Rates          Fringes
BARNSTABLE; BRISTOL; ESSEX; NANTUCKET; DUKES; COUNTIES; REMAINDER
OF NORFOLK; MIDDLESEX AND SUFFOLK COUNTIES
PAINTERS:
  NEW CONSTRUCTION:
Brush, Taper                          25.16          12.27
Spray, Sandblast                      26.16          12.27
  REPAINT:
Brush, Taper                          23.22          12.27
Spray, Sandblast                      24.22          12.27

---------------------------------------------------------------


PAIN0035M  01/01/2003
                                    Rates          Fringes
MIDDLESEX (Cambridge, Everett, Malden, Medford, Somerville)
SUFFOLK COUNTY (Boston, Chelsea) NORFOLK COUNTY (Brookline)

PAINTERS:
  NEW CONSTRUCTION;
Brush, Taper                          30.95          12.27
Spray, Sandblast                      31.95          12.27

--------------------------------------------------------------

PAIN0035V  01/01/2002

|  | Rates | Fringes |
|---|---|---|

ESSEX; MIDDLESEX; NORFOLK; SUFFOLK

| GLAZIERS | 24.16 | 10.82 |

--------------------------------------------------------------

PLAS0534A  09/01/2002

|  | Rates | Fringes |
|---|---|---|

ESSEX (Amesbury, Andover, Boxford, Georgetown, Groveland,
Haverhill, Lawrence, Merrimac, Methuen, North Andover, Salisbury,
West Newbury); MIDDLESEX (Acton, Arlington, Bedford, Billerica,
Burlington, Cambridge, Carlisle, Chemsford, Dracut, Dunstable,
Everett, Littleton, Lowell, Malden, Medford, Melrose, Reading,
North Reading, Stoneham, Tewksbury, Tyngsboro, Wakefield,
Westford, Wilmington, Winchester & Woburn); AND NORFOLK
(Brookline, Milton) SUFFOLK COUNTY

| CEMENT MASONS | 28.50 | 17.86 |

--------------------------------------------------------------

PLAS0534D  09/01/2002

|  | Rates | Fringes |
|---|---|---|

MIDDLESEX (Arlington, Cambridge, Everett, Malden, Medford,

Melrose, Somerville); NORFOLK (Brookline, Milton): and SUFFOLK

| PLASTERERS | 28.50 | 17.86 |

--------------------------------------------------------------

PLUM0004A  03/01/2003

|  | Rates | Fringes |
|---|---|---|

MIDDLESEX (Ashby, Ayer - West of Greenville branch of Boston and
Maine Railroad, Ft. Devens, Groton, Shirley, Townsend)

| PLUMBERS & PIPE FITTERS | 30.01 | 11.76 |

--------------------------------------------------------------

PLUM0012E  03/01/2003

|  | Rates | Fringes |
|---|---|---|

ESSEX (Lynn, Lynnfield, Nahant, Saugus, Swampscott); MIDDLESEX
(Acton, Arlington, Ashland, Ayer - except W. of Greenville Branch
of Boston & Maine RR, Bedford, Belmont, Billerica, Boxboro,
Burlington, Cambridge, Carlisle, Chelmsford, Concord, Dracut,
Dunstable, Everett, Framingham, Hudson, Holliston, Hopkinton,
Lexington, Lincoln, Littleton, Lowell, Malden, Marlboro, Maynard,
Medford, Melrose, Natick, Newton, North Reading, Pepperell,
Reading, Sherborn, Somerville, Stoneham,  Stow, Sudbury,
Tewksbury, Tyngsboro, Wakefield, Waltham, Watertown, Wayland,
Westford, Wilmington, Winchester, Woburn);  NORFOLK (Bellingham,
Braintree, Brokline, Canton, Cohasset, Dedham, Dover, Foxboro,
Franklin, Medfield, Medway, Millis, Milton, Needham, Norfolk,
Norwood, Plainville, Quincy, Sharon, Walpole, Wellesley,
Westwood, Weymouth, Wrentham); AND SUFFOLK COUNTIES

PLUM0051D  03/01/2003

|  | Rates | Fringes |
|---|---|---|

BARNSTABLE; BRISTOL; DUKES; NANTUCKET; AND NORFOLK (Avon,
Holbrook, Randolph, Stoughton) COUNTIES

PLUMBERS & PIPEFITTERS            28.80         13.57
--------------------------------------------------------------

PLUM0138A  03/01/2003

|  | Rates | Fringes |
|---|---|---|

ESSEX (Ames, Andover, Beverly, Boxford, Byfield, Danvers, Essex,
Georgetown, Gloucester, Groveland, Hamilton, Haverhill, Ipswich,
Lawrence, Manchester, Marblehead, Merrimac, Methuen, Middleton,
Newbury, Newburyport, North Andover, Peabody, Rockport, Rowley,
Salem, Salisbury, Topsfield, Wenham, West Newbury)

PLUMBERS, PIPEFITTERS,
  and STEAMFITTERS               29.92         13.19
--------------------------------------------------------------

PLUM0537C  03/01/2003

|  | Rates | Fringes |
|---|---|---|

MIDDLESEX (Arlington, Cambridge, Everett, Lincoln, Malden,
Medford,Melrose, Reading,Wakefield, Winchester and Woburn),
NORFOLK (Bellingham, Braintree, Brookline, Canton, Cashasset,
(Bellingham, Braintree, Brookline, Canton Cashasset, Dedham,
Foxboro, Franklin, Millis, Milton, Sharon, Walpole, Westwood, and
Wrenthan) ESSEX (Lynn, Lynnfield, Nahant, Saugus, Swanpscott)
SUFFOLK (Boston and Chelsea)

PIPEFITTERS                      36.36         12.79
--------------------------------------------------------------

ROOF0033A  02/01/2000

|  | Rates | Fringes |
|---|---|---|

ROOFERS:
 All Tear-off and/or removal of any
  types of roofing, and all spudding,
  sweeping, vacuuming and/or cleanup
  of any and all areas of any type
  where a roof is to be relaid    23.46         11.15
--------------------------------------------------------------

SFMA0550A  01/01/2003

|  | Rates | Fringes |
|---|---|---|

BRISTOL (Portion within 35 mile radius from Boston City Hall;
ESSEX; MIDDLESEX (Except Ashby, Townsend, and portions of
Pepperell and Shirley beyond 35 mile radius from Boston City
Hall); NORFOLK; PLYMOUTH (Portion within 35 mile radius of Boston
City Hall); SUFFOLK

SPRINKLER FITTERS                36.65         11.31
--------------------------------------------------------------

SFMA0669A  04/01/2001

BARNSTABLE; BRISTOL (Beyond 35 mile radius of Boston City Hall);
DUKES; MIDDLESEX (Ashby, Townsend, portions of Pepperell and
Shirley beyond 35 mile radius of Boston City Hall); NANTUCKET;
PLYMOUTH (Beyond 35 mile radius of Boston City Hall)

| SPRINKLER FITTERS | 26.53 | 7.95 |

------------------------------------------------------------

SFMA0676A  08/01/2002

|  | Rates | Fringes |
|---|---|---|

BRISTOL (Seekonk, Swansea, and Somerset)

| SPRINKLER FITTERS | 30.70 | 11.55 |

------------------------------------------------------------

SHEE0017C  02/01/2002

|  | Rates | Fringes |
|---|---|---|

BRISTOL (Attleboro, Berkley, Easton, Mansfield, North Attleboro,
Norton, Raynham, Taunton); ESSEX; MIDDLESEX;NORFOLK; PLYMOUTH

(except except Marion, Mattapoisett, Rochester, Wareham); SUFFOLK

| SHEET METAL WORKERS | 31.77 | 16.40 |

------------------------------------------------------------

SHEE0017G  03/14/2002

|  | Rates | Fringes |
|---|---|---|

BARNSTABLE; BRISTOL (Acushnet, Dartmouth, Dighton, Fairhaven,
Fall River, Freetown, Rehoboth, Seeekonk, Somerset, Swansea,
Westport, New Bedford); DUKES; AND NANTUCKET

| SHEET METAL WORKERS | 25.03 | 12.09 |

------------------------------------------------------------

TEAM0379A  12/01/2002

| TRUCK DRIVERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 23.98 | 9.61+A+B |
| Group 2 | 24.15 | 9.61+A+B |
| Group 3 | 24.22 | 9.61+A+B |
| Group 4 | 24.34 | 9.61+A+B |
| Group 5 | 24.44 | 9.61+A+B |
| Group 6 | 24.73 | 9.61+A+B |
| Group 7 | 25.02 | 9.61+A+B |

POWER TRUCKS $.25 DIFFERENTIAL BY AXLE
TUNNEL WORK (UNDERGROUND ONLY) $.40 DIFFERENTIAL BY AXLE
HAZARDOUS MATERIALS (IN HOT ZONE ONLY) $2.00 PREMIUM

     TRUCK DRIVERS CLASSIFICATIONS

Group 1: Station wagons; panel trucks; and pickup trucks
Group 2: Two axle equipment; & forklift operator
Group 3: Three axle equipment and tireman
Group 4: Four and Five Axle equipment
Group 5: Specialized earth moving equipment under 35 tons other
 than conventional type trucks; low bed; vachual;
 mechanics, paving restoration equipment

FOOTNOTES:
  A.  PAID HOLIDAYS: ' New Year's Day, Washington's Birthday,
      Memorial Day, Independence Day, Labor Day, Patriot's Day,
      Columbus Day, Veteran's Day, Thanksgiving Day, and
      Christmas Day
  B.  PAID VACATION:  Employees with 4 months to 1 year of
      service receive 1/2 day's pay per month; 1 week
      vacation for 1 - 5 years of service; 2 weeks vacation
      for 5 - 10 years of service; and 3 weeks vacation for
      more than 10 years of service

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(ii)).
----------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

     WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?  This can
 be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

     Branch of Construction Wage Determinations
     Wage and Hour Division
     U. S. Department of Labor
     200 Constitution Avenue, N. W.
     Washington, D. C.  20210

2.) If the answer to the question in 1.) is yes, then all
interested parties (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C.  20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C.  20210

4.) All decisions by the Administrative Review Board are final.
        END OF GENERAL DECISION