UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCIS G. FALZARANO
           Plaintiff

V.

MEDFORD HOUSING AUTHORITY
           Defendant

CIVIL ACTION

NO. 04-12485-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the Memorandum of Decision and ORDER entered 1/25/05;

JUDGMENT is entered for DISMISSING the complaint with prejudice.

By the Court,

1/25/05                                s/ Lisa A. Urso
Date                                 Deputy Clerk